IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL PHILLIPS,<br><br>      *Plaintiff,*<br><br>  v.<br><br>COLLIN COMMUNITY COLLEGE DISTRICT, a political subdivision of the State of Texas, *et. al.*,<br>      *Defendants*. | Civil Action No.: 4:22-cv-184<br>Judge Mazzant |

## ORDER GRANTING PLAINTIFF JOSEPH MICHAEL PHILLIPS'S MOTION FOR LEAVE TO FILE OVERLENGTH COMPLAINT FOR CIVIL RIGHTS VIOLATIONS

Pending before the Court is Plaintiff Joseph Michael Phillips's Motion for Leave to File Overlength Complaint for Civil Rights Violations (Dkt. #2), with pages in excess of those specified in Local Rule CV-3(d), filed March 8, 2022. Upon consideration of the motion, and finding good cause, the Court hereby ORDERS that Plaintiff's Motion is **GRANTED**.

    IT IS SO ORDERED.

    SIGNED this 10th day of March, 2022.

                                     _____
                                     AMOS L. MAZZANT
                                     UNITED STATES DISTRICT JUDGE