# ATTACHMENT

**From:** Neil Matkin <nmatkin@collin.edu>
**Sent:** Sunday, August 4, 2019 4:44 PM
**Subject:** El Paso Shooting

Friends,

The press has reached out to multiple campus administrators and district personnel regarding the El Paso shooting. At this time, it is believed that the shooter was a college student as late as spring 2019.

I have issued a statement as follows (forgive the size - working from home):



*August 3, 2019*

**Statement**

We are saddened and horrified by the news of the shooting today in El Paso, Texas. A student by the name of Patrick Crusius attended Collin College from fall 2017 through spring 2019.

Collin College is prepared to cooperate fully with state and federal authorities in their investigation of this senseless tragedy. We join the governor and all Texans in expressing our heartfelt concern for the victims of the shooting and their loved ones.

Dr. Neil Matkin
*District President, Collin College*

Please refer all press inquiries you may receive to Marisela Cadena-Smith at MCSmith@collin.edu or by phone to the president's office (972-758-3800). Any law enforcement personnel should be referred to Chief Bill Taylor at wtaylor@collin.edu or by phone to the president's office.

Please keep the El Paso (and also the Ohio) victims and their in your thoughts and prayers.

Thank you all,

Neil