IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JOSEPH MICHAEL PHILLIPS,** § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| V. § | Civil Action No. 4:22-cv-184 |
| § | |
| **COLLIN COMMUNITY COLLEGE** § | |
| **DISTRICT, et al.** § | |
| § | |
| *Defendants.* § | |

### DEFENDANT COLLIN COLLEGE'S NOTICE OF DISCOVERY SUBPOENA

Pursuant to Fed. R. Civ. P. 45(a)(4), Defendant Collin County Community College District gives notice that it intends to serve the attached Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on non-party Kreins Psychological Services.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/Charles J. Crawford*
**RICHARD M. ABERNATHY**
State Bar No. 00809500
**CHARLES J. CRAWFORD**
State Bar No. 05018900
1700 Redbud Blvd, Suite 300
McKinney, Texas 75069
Telephone: 214/544-4000
Telecopier: 214/544-4040
rabernathy@abernathy-law.com
ccrawford@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

     I hereby certify that on February 27, 2023, a true and correct copy of Defendant Collin College's Notice of Discovery Subpoena was served upon Plaintiff's attorneys by the Court's ECF system.

                                                  */s/Charles J. Crawford*
                                                  Charles J. Crawford