# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL PHILLIPS | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  4:22cv184 |
| | § | JUDGE MAZZANT |
| COLLIN COUNTY COMMUNITY | § | |
| COLLEGE DISTRICT, ET AL. | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan.  By agreement of the parties, the Court appoints U.S. Magistrate Judge Christine A. Nowak to mediate the case.  The parties are instructed to contact Judge Nowak's chambers (903.893.7667) to discuss dates available for mediation.

The mediation conference shall be conducted by **May 31, 2023**.

**IT IS SO ORDERED.**

**SIGNED** this 20th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE