# Exhibit List

## Plaintiff's Motion for Partial Summary Judgment on Causes of Action Three, Four, Five, Six, and Seven.

*Phillips v. Collin Cnty. Cmty. Coll. Dist., et al.,*
No. 4:22-cv-184-ALM

| Exhibit | Description |
|---|---|
| A | Deposition of Fed. R. Civ. P. 30(b)(6) Designee Floyd Nickerson |
| B | Deposition of Michael Phillips |
| C | Declaration of Michael Phillips |
| D | Deposition of Neil Matkin |
| E | Deposition of Fed. R. Civ. P. 30(b)(6) Designee Mary Barnes-Tilley |
| F | Deposition of Abe Johnson |
| G | Deposition of Mary Barnes-Tilley |
| H | Deposition of Kristen Streater |
| I | Deposition of Chaelle O'Quin |
| J | Defendant Collin College's Responses to Plaintiff's Requests for Admission |
| K | Defendant Barnes-Tilley's Responses to Plaintiff's First Set of Interrogatories |