*Phillips v. Collin Cnty. Cmty. Coll. Dist., et al.*

# Exhibit B: Deposition of Michael Phillips

Joseph Michael Phillips    3/22/2023

```
 1              UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                   SHERMAN DIVISION

 3  JOSEPH MICHAEL PHILLIPS    )
                              ) CIVIL ACTION NUMBER
 4            Plaintiff,       )
                              )
 5  v.                        ) 4:22-cv-184
                              )
 6  COLLIN COMMUNITY COLLEGE   )
    DISTRICT, et al.,          )
 7                            )
              Defendants.  )
 8

 9  *******************************************************

10              ORAL DEPOSITION OF

11            JOSEPH MICHAEL PHILLIPS

12              MARCH 22, 2023

13               VOLUME 1 OF 1

14  *******************************************************

15

16      ORAL  DEPOSITION OF JOSEPH MICHAEL PHILLIPS, produced

17  as  a  witness  duly  sworn  by  me at the instance of the

18  Plaintiff,  was  taken  in  the  above styled and numbered

19  cause  on  MARCH  22,  2023,  from  9:18  AM  to 12:42 PM,

20  before  Beth  Howard,  CSR  in and for the State of Texas,

21  reported  by  Machine Shorthand, at Pacific Place, located

22  at  1910  Pacific  Avenue,  14th Floor, Conference Room 2,

23  Dallas,  Texas,  pursuant  to  the  Federal Rules of Civil

24  Procedure,  Notice  of  Deposition,  and  the  provisions

25  stated on the record or attached hereto.
```

Joseph Michael Phillips    3/22/2023

```
 1              A P P E A R A N C E S

 2  FOR THE PLAINTIFF:

 3       GREG GREUBEL, ESQ.
         Foundation for Individual Rights and Expression
 4       510 Walnut Street, Suite 1250
         Philadelphia, Pennsylvania  19106
 5       (267) 838-8083
         greg.greubel@thefire.org
 6
    FOR THE NON-BOARD OF TRUSTEE DEFENDANTS:
 7
         CHARLES J. CRAWFORD, ESQ.
 8       Abernathy, Roeder, Boyd & Hullett, P.C.
         1700 Redbud Boulevard, Suite 300
 9       McKinney, Texas  75069
         (214) 544-4000
10       ccrawford@abernathy-law.com

11  FOR THE  DEFENDANT BOARD OF TRUSTEES:

12       ROBERT J. DAVIS, ESQ.
         Matthews, Shiels, Knott, Eden, Davis &
13           Beanland, L.L.P.
         1700 Redbud Boulevard, Suite 300
14       McKinney, Texas  75069
         (214) 544-4000
15       ccrawford@abernathy-law.com

16  ALSO PRESENT:

17       Monica Velazquez, Esq.
         General Counsel
18       Collin College

19

20

21

22

23

24

25
```

Joseph Michael Phillips   3/22/2023

```
 1              (OATH ADMINISTERED BY THE REPORTER.)
 2                  JOSEPH MICHAEL PHILLIPS,
 3        having been first duly sworn, testified as follows:
 4                        EXAMINATION
 5    BY MR. CRAWFORD:
 6         Q.  Good morning.
 7         A.  Good morning.
 8         Q.  Would you please state your name for the
 9    record?
10         A.  Joseph Michael Phillips.
11         Q.  Dr. Phillips, we are here today to take your
12    deposition.
13              And I want to make sure the one agreement
14    that you and I have as we go forward is that you
15    understand my questions --
16         A.  Um-hmm.
17         Q.  -- because if you don't understand my
18    questions, you're not able to give your best answers,
19    and that's what we're looking for.
20              So if at any time you don't understand my
21    question or it's confusing or doesn't make sense to you,
22    please let me know, and we'll work through it and -- to
23    make sure that you understand what I'm asking, and then
24    I'll understand what you're answering.
25         A.  Okay.  Absolutely.
```

Joseph Michael Phillips    3/22/2023

```
 1        A.  An adjunct is a temporary, yeah, or a -- yeah,
 2   not a full-time employee.  It's not -- you're not a
 3   permanent employee there.  You're paid as a
 4   semester-by-semester worker.
 5        Q.  Okay.
 6        A.  Okay.  And so I taught classes for the History
 7   Department as a graduate student.  I taught Journalism
 8   classes -- a History of Journalism class for the
 9   Journalism Department.  I did continuing education for
10   them.
11             And then, finally, after that, I continued
12   adjuncting, but then I also got a job at the Center for
13   American History in Austin, Texas.  That's an historical
14   archive.
15             And I was hired to do a book on the history
16   of Texas House Speakers.  And part of the job was we
17   interviewed all the living Speakers, including the
18   current one at that time, Tom Craddick.  And we wrote a
19   book based on those interviews, and it was about the
20   history of that office.
21             Then I got hired by Collin College in 2007,
22   and was a full-time history professor.
23        Q.  And you did that up until --
24        A.  Last year.
25        Q.  May of 2022?
```

Joseph Michael Phillips   3/22/2023

```
 1        A.  No, that was -- The content of the letter, you
 2   know, he asked me, you know, what happened to me.  I did
 3   not -- I was not involved in the writing of the -- of
 4   this.
 5        Q.  Did you see that language before the petition
 6   went out?
 7        A.  That, I don't recall.  I was aware of it after
 8   it came out.
 9                (DEPOSITION EXHIBIT 6 MARKED.)
10        Q.  (BY MR. CRAWFORD) I've handed you what I've
11   marked as Exhibit 6.
12                Do you recognize this document?
13        A.  It appears to be one of my contracts from 2019,
14   yes.
15        Q.  And turning to the third page --
16        A.  Um-hmm.
17        Q.  -- of the exhibit, is that your signature?
18        A.  Yes.
19        Q.  Did you read the contract before you signed it?
20        A.  I did indeed.
21        Q.  Okay.  The first paragraph says that this
22   contract provides for "a term of three academic
23   years" --
24        A.  Right.
25        Q.  -- "beginning on the 14th day of August, 2019,
```

Joseph Michael Phillips   3/22/2023

1   and ending on the last scheduled day or otherwise, as

2   directed by the college, in May of 2022," and it defines

3   that as "the Term."

4        A.  Um-hmm.

5        Q.  Did you serve the complete three-year term

6   under this contract?

7        A.  Yes, I did.

8        Q.  Turn to Paragraph 5 of the contract, and I'll

9   ask you to read that to yourself.

10        A.  Okay.

11        Q.  By signing the contract, you agreed to

12   Paragraph 5, correct?

13        A.  Yes, as I understood them.

14        Q.  Okay.  And Paragraph 5 specifically says that

15   "the contract is subject to Collin College's core

16   values" --

17        A.  Um-hmm.

18        Q.  -- and that the faculty member agrees to comply

19   with the college's core values?

20        A.  Um-hmm.

21        Q.  Did you ask what was meant by "core values"

22   when you entered into the contract?

23        A.  I have in -- on occasion asked for

24   clarification, because they're vague.

25                  MR. CRAWFORD:  I'll object as

Joseph Michael Phillips   3/22/2023

1  finish quoting your doctor's note, and then you say,

2  "Consider that as a template for your doctor.  I will

3  forward this today to my dean and associate dean and

4  request to be allowed to teach exclusively online if the

5  college goes forward with its plans to open this fall.

6  Should the college say no, then the request, and the

7  failure to promote reasonable accommodations, will be on

8  the record should any further action be necessary."

9            Did I read that correctly?

10      A.  Yes.

11      Q.  And this concerns your personal work conditions

12  at the college, correct?

13      A.  Yes.  But I was giving advice, since the

14  college had not provided any instructions at that point

15  as to if people were, you know, undergoing cancer

16  treatment or had other issues that could make them very

17  vulnerable.  We were all vulnerable, but some people

18  were more vulnerable than others.

19      Q.  Was this post addressing your displeasure with

20  the administration for its lack of leadership concerning

21  reopening?

22      A.  I didn't want friends to die, you know.  I knew

23  people who were severely immunocompromised, and I wanted

24  them to take steps to ensure that they would be safe.

25      Q.  And your concern was with in-person teaching at

Joseph Michael Phillips    3/22/2023

1  the college during the pandemic?

2      A.  Yeah.  Being on campus -- I'm trying to

3  remember.  I think at that point we didn't -- Did we

4  even have a vaccine at that point?  I don't think so.

5      Q.  Well, that's a good question.  Do you know when

6  you made this post?

7      A.  No.  No, I don't remember.

8      Q.  Okay.

9      A.  Yeah.  No.  But, in any case, the pandemic was

10  raging, and hundreds of people were dying a day, you

11  know.  One of my very good friends at the college has a

12  severely immunocompromised husband, and she was

13  terrified that she was going to bring the virus back

14  home to him.

15      Q.  So this post concerns your criticism of the

16  administrations's approach to running the school?

17              MR. GREUBEL:  Objection, form.

18      A.  I wouldn't call it a criticism.

19      Q.  (BY MR. CRAWFORD) You would not?

20      A.  No.

21      Q.  What would you call it?

22      A.  I would call it advice.  I was hoping people,

23  you know, would be aware that there were steps they

24  could take to try to maximize their safety.  That's -- I

25  don't see that -- I'm trying to keep people safe.  I

Joseph Michael Phillips    3/22/2023

```
 1  don't see that as criticism.
 2       Q.  And you thought keeping -- that your reference
 3  to the college failing to make a reasonable
 4  accommodation for you --
 5       A.  Well, they --
 6       Q.  -- was educating the public?
 7       A.  Yeah.  I said "if they don't."  And so, you
 8  know, because I think that if someone's severely
 9  immunocompromised, I think it's a reasonable
10  accommodation to provide remote work.
11       Q.  And you say that "it will be on the record
12  should any further action be necessary."
13              What sort of further action are you
14  referring to?
15       A.  Consultation with an attorney.
16       Q.  That would involve your personal situation,
17  correct?
18              MR. GREUBEL:  Objection, form.
19       A.  No.  I'm giving advice to other people.
20              I did not consult an attorney about this.
21  I really wanted to keep my peers -- meaning faculty
22  members, staff members, and the public -- safe.
23       Q.  (BY MR. CRAWFORD) Did you -- did you request to
24  teach exclusively online?
25       A.  Yes.
```

Joseph Michael Phillips   3/22/2023

1  the imbalance of power between the professor and the

2  student, and by the professor recommending it, it would

3  seem like a mandate, which would violate the Governor's

4  order?

5          MR. GREUBEL:  Objection, form.

6      A.  I don't recall her ever saying any of that.

7      Q.  (BY MR. CRAWFORD) Did you ask her to clarify

8  it?

9      A.  I was trying to find out can we talk about

10 masks.

11     Q.  After that meeting with Dr. O'Quin, did you

12 have any follow-up meetings with Dr. O'Quin about what

13 she meant at that meeting?

14     A.  Well, later on, we talked about it, yeah.

15     Q.  In what context?

16     A.  I was telling her that, number one, it's a

17 matter of public concern.  It's relevant to my

18 coursework.

19          There was an assignment we went over

20 that dealt with previous pandemics, and I spoke about it

21 in the context of, you know, during the influenza

22 pandemic of 1918-1919, that there anti-mask leagues.

23 And I said, "You know, the thing about history is

24 sometimes there are parallels.  It doesn't exactly

25 repeat, but there are parallels."

Joseph Michael Phillips    3/22/2023

1  yeah, I had trouble determining the logic of that.

2      Q.  And this related to the syllabus used for the

3  classes at Collin College?

4      A.  Right.  Yeah.

5      Q.  We're done with that one?

6      A.  Okay.

7                  (DEPOSITION EXHIBIT 10 MARKED.)

8      Q.  (BY MR. CRAWFORD) I'll hand you what I've

9  marked as Exhibit 10.

10     A.  Um-hmm.

11     Q.  And we've mentioned a couple of times your

12  letter to the Dallas Morning News about the removal of

13  Confederate monuments in Dallas.

14     A.  Right.

15     Q.  Is Exhibit 10 a copy of your article?

16     A.  Yes.

17     Q.  And you submitted this in 2017?

18     A.  Right.

19     Q.  And it's towards the very end -- And I

20  apologize that the pages aren't numbered.

21     A.  Yeah, yeah.

22     Q.  But at the very end, you actually -- it looks

23  like you signed it.

24     A.  Yeah.

25     Q.  And you used your collin.edu email address?

Joseph Michael Phillips    3/22/2023

 1  the text in an email."
 2              And you're one of the folks that is listed
 3  that should --
 4      A.  Right.
 5      Q.  So the next page is an August 22, 2017
 6  memorandum, but it's -- in the "To" line it's blank, and
 7  the "From" line is blank.
 8              So my first question is:  After you wrote
 9  the article that's Exhibit 10 to the Morning News --
10      A.  Right.
11      Q.  -- did you receive a memo that was similar to
12  this memo?
13      A.  We were all summoned to a meeting with our dean
14  and Provost, and we were made -- in my case -- I don't
15  know exactly what happened with everyone else.
16              In my case, I was asked to read this, and I
17  read it, and then we had a discussion about it.
18              And in that discussion, I mentioned that I
19  felt this was an unconstitutional act that would chill
20  speech.  In fact, I was very reluctant to engage in
21  public discourse for a while.  I actually avoided it for
22  a while.
23              And I was told when I applied for my
24  contract renewal, Rebecca Orr, who was the chair --
25  she's the wife of a board member -- she said, "Keep a

1  sounds like the college is saying otherwise.

2              But this was what we were told.  I assumed

3  this was an institution-wide decision.  And the public

4  had the right to know, because it affected their health.

5  This is about the college.  This wasn't about her.

6              (DEPOSITION EXHIBIT 17 MARKED.)

7     Q.  (BY MR. CRAWFORD) Let me hand you what's been

8  marked as Exhibit 17.

9              This is an Employee Discipline Form dated

10  September 29th, 2021 from Dr. O'Quin to you.

11              Do you recall receiving this?

12     A.  Yes, I do.

13     Q.  And you received this as a result of some

14  apparent complaints by students about comments that you

15  made in the classroom, correct?

16     A.  A student, because there's only one student

17  complaint.  But, yeah, that's what this was about.

18     Q.  Other than receiving this form from Dr. O'Quin,

19  this discipline form, did you receive any other

20  discipline as a result of the student complaint?

21     A.  This is where I was made to do the performance

22  improvement plan, because of this.

23     Q.  Any other discipline -- So let me step back.

24              So before, with the post of the PowerPoint,

25  you thought you had been put on the performance plan as

# The Dallas Morning News

🔍  ☰ SECTIONS

SUBSCRIBE

**MORE FROM HOMEPAGE**

'So glad y'all came.' Corpus Christi firefighters deliver COVID-19 vaccine to the homes of vulnerable Texans

'Beyond problematic': Panhandling needs more enforcement in Dallas, some council members say

Dallas County adds 50 COVID-19 deaths, shattering 1-day record  ›

OPINION

# Dallas' Confederate memorials scream 'white supremacy'

## Monuments monumentally endorse a set of values.

EXHIBIT
depobook.com
Phillips 10 4/22/23



The Confederate Memorial is pictured at Pioneer Park in downtown Dallas, Tuesday, July 18, 2017. Dallas is looking at the history of its Confederate monuments and considering whether they should be removed, relocated or

## Featured

YOUR CITY'S NEWS  ›

TEXT WITH OUR JOURNALISTS  ›

50+ FREE NEWSLETTERS  ›

TOP 100 PLACES TO WORK  ›

CORONAVIRUS UPDATES  ›

INSPIRED: GOOD NEWS  ›

TIMELESS IN TEXAS  ›

CURIOUS TEXAS  ›

PUBLIC NOTICES  ›

contextualized in some way. (Tom Fox/The Dallas Morning News) (Tom Fox / Staff Photographer)

NEWSPAPER ARCHIVES  >

PUZZLES AND GAMES  >

AL DÍA - NOTICIAS EN ESPAÑOL  >

OBITUARIES  >

TODAY'S EPAPER  >

  

By Michael Phillips|Contributor and Edward Sebesta|Contributor
6:26 AM on Aug 4, 2017

 **Listen to this article now**

24:08         Powered by **Trinity Audio**

If someone is supposedly a hero fighting for a cause, then the cause that person fought for must have been heroic as well. A monument to a movement or nation or event inherently defines that movement, nation, or event as being glorious. Monuments monumentally endorse a set of values.

This effort to shape the public's understanding of the past is a method of shaping the values of the present. And every Confederate monument standing today loudly proclaims that, whatever might be said about civil rights and racial equality in contemporary political discourse, the enduring values of this place, this city, and this people is white supremacy.

As Kathryn Allamong Jacob masterfully explains in her book, *Testament to Union: Civil War Monuments in Washington, D.C.*: "Mundane as they may appear, ubiquitous as they may be, public monuments constitute serious cultural authority. They are important precisely because, by their mere presence and their obvious expense, they

**NOW ACCEPTING APPLICATIONS FOR THE 2021-2022 SCHOOL YEAR**

impose a memory of an event or individual on the public landscape that orders our lives."



**Confederate names and monuments in Dallas**

SOURCE: Google Maps

**'So glad y'all came.' Corpus Christi firefighters deliver COVID-19 vaccine to the homes of vulnerable Texans**



**'Beyond problematic': Panhandling needs more enforcement in Dallas, some council members say**



**Dallas County adds 50 COVID-19 deaths, shattering 1-day record**



**What you need to know about coronavirus**



**Bring ID, come early: Patients vaccinated at Fair Park share tips for people scheduled for shots**



Monuments in public spaces represent what the city, county, state or nation seeks to represent as its core beliefs. They shape identity, and shaping identities and

influencing values is a strategy to influence, if not control, the future.

Discussion of Confederate monuments has focused on what offense they might give to African-Americans, but the discussion fails to acknowledge that others are also poisoned with this message of white supremacy. It is not surprising that white nationalist Richard Spencer grew up in Dallas and marches in defense of Confederate monuments, for he grew up in the shadow of such edifices.



**SPONSORED CONTENT**

**9 Strange Things Millionaires Do With Their Money, But Most of Us Have Never Tried** ↗

BY 

Every Confederate monument proclaims that African-American lives, their suffering, and the crimes committed against them really don't matter. For if African-American lives mattered these monuments would be gone. These monuments instruct the public, including judges, police officers and jurors that fair treatment under the law for African-Americans represents an avoidable inconvenience. The plaque at the Lew Sterrett Justice Center honoring Robert E. Lee in the hallway to the Dallas County

Central Jury Room instructs those jurors that African-American freedom is expendable.

These monuments also instruct African-American youth that, despite all the claims made in schools, their hopes and dreams are not treasured by society. British journalist of Barbadian descent, Gary Younge, in his book, *No Place Like Home: A Black Briton's Journey Through the American South*, describes his feelings while walking amidst a series of 100-year-old statues depicting Confederate leaders on Monument Avenue in Richmond, Virginia:

ADVERTISING

"I turned around to walk back up Monument Avenue, feeling angry and confused ... I had spent about an hour walking along a road in which four men who fought to enslave me ... have been honoured and exalted. I resented the fact that on the way to work every day, black people have to look at that. Imagine how black children must feel when they learn that the people who have been raised and praised up the road are the same ones who tried to keep their great-great-grandparents in chains."

Confederate monuments are an ongoing source of alienation. We should not be surprised that when alienation is taught in schools, in political debates, and in public spaces that young people receive the message and become alienated themselves.

## Remove the memorials

This city has a massive Confederate War Memorial near the Dallas Convention Center.

This work features statues of Confederate generals Robert E. Lee, Stonewall Jackson and Albert Sidney Johnston, as well as the Confederacy's only president, Jefferson Davis. The figures surround a statue of a Confederate soldier atop a 60-foot pillar. One inscription on the monument pays tribute to "the genius and valor of Confederate seamen."

We have a Robert E. Lee Park in Oak Lawn that features an equestrian statue of the commander of the Army of Northern Virginia near a replica of a slavery-era plantation home. Multiple sculptures referencing the Confederacy and the Great Seal of the Confederate States of America can be found at Fair Park. A Confederate flag hangs at Fair Park's Great Hall, which also includes a massive medallion on one wall incorporating a female figure representing the Confederacy. A mural featuring portraits of Confederate generals John Bell Hood, Albert Sidney Johnston and Dick Dowling adorns another wall.

Although the name of Robert E. Lee Elementary School will be changed, there are numerous other Dallas schools named after prominent Confederate military officers and political leaders: William Cabell, William H. Gaston, John Ireland, Sidney Lanier, Stonewall Jackson, Albert Sidney Johnston, John H. Reagan and Oran M. Roberts.

Some of the people honored have no direct relationship to Dallas history; while some figured prominently in the city's past, but all willingly, and often enthusiastically, participated in a treasonous war fought to preserve chattel slavery, that caused the deaths of 750,000 Americans and the maiming of tens of thousands more, and attempted to tear the nation asunder. The time has come for these tributes to the Confederacy to come down and for public buildings that bear the names of those whose fame is primarily tied to their service to a slave republic to assume a new identity.

These monuments have stood mostly unchallenged for decades because the American history textbooks used in public schools are in themselves largely, metaphorically, Confederate monuments, which obscure, if not erase history, diminish the value of African American lives, and train generations of Americans to not comprehend the horrors of human bondage as practiced in the United States.

# Robert E. Lee's legacy

Most loathsome of Dallas's monuments, and perhaps singularly loathsome of Confederate monuments everywhere is the one-third replica of Robert E. Lee's plantation home, Arlington House, in Lee Park. Weddings frequently take place there. Plantations were sites of the rape, beating, and torture of slaves. The faux plantation features a portrait of Robert E. Lee, a white supremacist who fought for slavery and white supremacy. The participants in such weddings demonstrate by their actions that they consider the horrors of slavery a triviality. They befoul their marriages and bequeath to any heirs a legacy of racial callousness and indifference to evil.

The Robert E. Lee so elaborately honored at Lee Park and elsewhere in Dallas was a harsh slave master. Wesley Norris, who suffered the misfortune of being owned by Lee, recounted that he endured a beating after he attempted to escape in 1859. When Norris was captured, Lee said he would teach Norris "a lesson he would never forget." Norris offered the following account of what happened next: "He then ordered us to the barn, where, in his presence, we were tied firmly to posts by a Mr. Gwin, our overseer, who was ordered by Gen. Lee to strip us to the waist and give us fifty lashes each, excepting my sister, who received but twenty; we were accordingly stripped to the skin by

the overseer, who, however, had sufficient
humanity to decline whipping us; accordingly
Dick Williams, a county constable, was called
in, who gave us the number of lashes
ordered; Gen. Lee, in the meantime, stood
by, and frequently enjoined Williams to lay it
on well, an injunction which he did not fail to
heed; not satisfied with simply lacerating our
naked flesh, Gen. Lee then ordered the
overseer to thoroughly wash our backs with
brine, which was done."

During the Civil War Lee stated that slavery
represented the most appropriate
relationship between whites and African-
Americans since African-Americans were an
inferior race. After the Civil War, Lee
campaigned against granting African-
Americans civil rights. He stated in testimony
to the Reconstruction Committee of Congress
that Virginia would be better off if it got rid of
African-Americans.

This is the man families honor when they
hold weddings at Lee Park at the replica  of
Arlington House. Consciously or not, they
celebrate their marriage by paying tribute to
the slave past. For this reason, the clergy
should not agree to perform weddings at
Arlington House. Whatever the resolutions,
position papers or published policies of
denominations might be regarding race,
whatever fine phrases these proclamations
might say, religious leaders of prominent
churches, temples and other places of

worship who perform marriages at the Arlington House replica in Dallas will be complicit in a Robert E. Lee plantation wedding.

Organizations that meet at the replica plantation house show contempt for African-Americans as well. When the owners of properties like The Claridge, 21 Turtle Creek, 3525 Turtle Creek, The Mayfair, The Vendôme and The Wyndemere take part in lighting up Lee Park, we see how the upper classes of Dallas embrace a duplicate Robert E. Lee plantation and adorn it to celebrate the birth of Christ. What does it say about the Dallas Christian community that this doesn't raise a cry of disgust?



The Confederate Memorial in Greenwood Cemetery in Dallas is across Central Expressway from City Place in Uptown. Photographed Wednesday, August 2, 2017. (Guy Reynolds/The Dallas Morning News) (Guy Reynolds)

## Secession was about slavery

These monuments glorify violent insurrectionists who sought to tear the

United States of America apart. The implied
endorsement of the Confederate cause is
toxic to today's politics. Multiple polls, both
national and statewide, have shown
disturbingly high percentages of the Texas
public supporting secession. In May 2016,
the Texas state Republican Party platform
committee at their convention in Dallas
astonishingly voted down a secession
resolution by only 16 to 14 with one
abstention.

It might be thought that such a resolution
would not get a single vote or even be
presented for a vote by a mainstream
political organization. This past June,
participants in the Texas Boys State
government education program sponsored by
the American Legion, during an exercise in
which they portrayed members of the state
Legislature, voted for the secession of Texas
from the United States. The tributes to the
Confederacy that pockmark the landscape
are teaching the state's next generation of
leaders that treason is an honorable political
option.

Sadly, Americans today need to be reminded
why secession took place in 1861. The
purpose of the Confederacy was clearly to
preserve white dictatorship. Confederate
Vice-President Alexander H. Stephens made
this clear in his infamous "Cornerstone
Speech" on March 21, 1861, when he said that
the Confederate nation that he and the other

leaders of the secession movement hoped to establish rested "upon the great truth that the negro is not equal to the white man; that slavery, subordination to the superior race, is his natural and normal condition. This, our new government, is the first, in the history of the world, based upon this great physical, philosophical and moral truth."

In the "Declaration of Causes Which Impel Texas to Secede from the Federal Union," Feb. 2, 1861, of the Texas secession convention, repeatedly cited slavery as the reason for leaving the Union:

"In all the non-slave-holding States, in violation of that good faith and comity which should exist between entirely distinct nations, the people have formed themselves into a great sectional party, now strong enough in numbers to control the affairs of each of those States, based upon the unnatural feeling of hostility to these Southern States and their beneficent and patriarchal system of African slavery, proclaiming the debasing doctrine of the equality of all men, irrespective of race or color — a doctrine at war with nature, in opposition to the experience of mankind, and in violation of the plainest revelations of the Divine Law. They demand the abolition of negro slavery throughout the confederacy, the recognition of political equality between the white and the negro races, and avow their determination to press on their crusade

against us, so long as a negro slave remains in these States ...

That in this free government all white men are and of right ought to be entitled to equal civil and political rights; that the servitude of the African race, as existing in these States, is mutually beneficial to both bond and free, and is abundantly authorized and justified by the experience of mankind, and the revealed will of the Almighty Creator, as recognized by all Christian nations; while the destruction of the existing relations between the two races, as advocated by our sectional enemies, would bring inevitable calamities upon both and desolation upon the fifteen slave-holding States."

To its shame, Dallas still honors the Confederacy, its institution of slavery and Confederate leaders. It is time for these memorials to come down. Some will argue that the Confederate monuments are "history." There is a fundamental difference, however, between history and propaganda. History does not have as its primary object glamorization. History is about analysis, context and explanation of the origins of ideas, institutions and events. Confederate memorials do none of these things.





Published August 30, 1962 - Rebel relatives rededicated the Confederate Monument Sunday in Pioneer Cemetery - a graveyard where the markers read like Dallas street signs. (JOE LAIRD - staff photographer / DMN file photo)

## True Dallas heroes to memorialize

We should not continue to honor the Confederacy even as there are people who played a critical and positive role in Dallas history who receive inadequate or no tribute such as:

·    **The African American slaves and sharecroppers** whose unpaid labor built the city's and the county's economy.

·    **Carl Brannin,** who fought for the rights of workers in Dallas.

·    **Maceo Smith,** who led voter registration and poll tax payment drives in Dallas and was the man most responsible for

the creation of the Hall of Negro Life, the only acknowledgement of the African-American contribution to Texas culture and history at the state's Centennial Fair held here in 1936.

·   **John Leslie Patton**, a Dallas school principal who fought to bring a consciousness of African and African American history to black students in this city in the 1930s and 1940s.

·   **John Mason Brewer**, who taught in this city in the 1930s and preserved for the ages Texas' African-American folklore.

·   **Juanita Craft**, a leader of the Dallas NAACP, who battled to end segregation at the State Fair at Fair Park.

·   **W.J. Durham**, a local NAACP attorney who fought to end discrimination against African-Americans at Neiman Marcus and other Dallas department stores.

·   **John W. "Preacher" Hays**, who not only fought for Dallas workers but resisted racism within the white union movement.

·   **Pancho Medrano**, a crusader for Latin, African-American, and workers' rights.

·   **Rabbi Levi Olan**, an often-lonely voice for civil rights in Dallas in the late 1940s and the 1950s.

·   **Adelfa Callejo**, who in 1961 became the first Latina to graduate from Southern

Methodist University's law school, who led
protests against the murder of 12-year-old
Santos Rodriguez by a Dallas police officer in
1973, who resisted selective and racist
deportations of undocumented workers, and
fought to democratize Dallas politics through
single-member city council districts.

Confederate monuments, if left to stand, will
proclaim a sad truth about Dallas to the
world, that these accurately reflect the values
of modern Dallas, despite any denials that
this is so.

The residents of Dallas have to decide who
they want to be. Do they want to be the
residents of an American city with
democratic values, who promote civil rights
and racial equality? Or do they want to be
residents of a Confederate city with
plantation values, with the values of a
hierarchical society of inequality?

Other cities have chosen the American
future. The Charlottesville, Va., City Council
voted to sell its Robert E. Lee statue. And this
spring, the city of New Orleans made
international headlines when it removed four
monuments. Three were statues of Jefferson
Davis, Confederate General P.G.T.
Beauregard, and Robert E. Lee. The fourth
was the so-called Liberty Place Monument,
which glorified the attack by the White
League, a Reconstruction-era racist
organization that assaulted New Orleans' bi-
racial police force and temporarily overthrew

a Republican governor accused of ushering in an era of "negro domination."

As New Orleans Mayor Mitch Landrieu said after the removal of the Lee statue in his city, "To literally put the Confederacy on a pedestal in our most prominent places of honor is an inaccurate recitation of our full past. It is an affront to our present, and it is a bad prescription for our future."



An Albert S. Johnston statue stands outside a Confederate memorial in Pioneer Park Cemetery in Dallas on Wednesday, June, 24, 2015. (Michael Reaves/The Dallas Morning News) (Michael Reaves / Staff Photographer)

# 3 things Dallas can do

More and more cities are choosing to give up
the Confederacy. We can do this also, if we
are willing to confront the reality of what
these Dallas Confederate monuments do.

**1. We ask the citizens of Dallas to stop
holding weddings, celebrations or
other events at Robert E. Lee Park** or
any other location that celebrates or attempts
to honor the Confederacy, and decline
invitations to such events. We ask religious
leaders not to perform weddings at Robert E.
Lee Park or any other locations that celebrate
the Confederacy, and we ask businesses to
decline to provide goods or services at such
venues.

**2. We ask the city of Dallas to remove
all Confederate monuments.** We ask the
city to eliminate Confederate place names
such as Robert E. Lee Park and Confederate
Drive. We ask the city not to celebrate or
promote the Confederacy with sculpture and
art work at Fair Park.

**3. We ask Dallas ISD to rename all
schools named after Confederate
leaders**: William Cabell, William H. Gaston,
John Ireland, Sidney Lanier, Stonewall
Jackson, Albert Sidney Johnston, John H.
Reagan, and Oran M. Roberts and to not give
the schools dual names under the pretext of
historical preservation.

We ask the city of Dallas, the Dallas
Independent School District, Dallas cultural

institutions, and the people of Dallas to choose a path to a multiracial democratic American society and away from the dark past of white supremacy.

Please **contact your city council members individually** and let them know your concerns about Confederate monuments.

*Michael Phillips is a history professor at Collin College and the author of "White Metropolis: Race, Ethnicity, and Religion in Dallas, 1841-2001." Email:* **_mphillips@collin.edu_**

*Edward Sebesta is the editor of "Neo-Confederacy: A Critical Introduction" and "The Confederate and Neo-Confederate Reader." Twitter: @EdwardHSebesta*

*They wrote this column for The Dallas Morning News on behalf of the group North Texans for Historical Justice. Other signatories to this column are:*

Michael W. Waters, Senior Pastor, Joy Tabernacle A.M.E. Church

Imam Omar Suleiman, Adjunct Professor, Graduate Liberal Studies, Southern Methodist University and president of the Yaqeen Institute for Islamic Research and Resident Scholar at the Valley Ranch Islamic Center

Sara Mokuria, Co-founder, Mothers Against Police Brutality

John Fullinwider, Co-founder, Mothers
Against Police Brutality

Gerald Britt, Vice President, External Affairs
CitySquare

Eric Folkerth, Pastor, Northaven United
Methodist Church

Betsy Friauf, Independent Scholar and
Baylor University Charlton Oral History
Research Grantee

Ed Gray, Co-Chair of the Human Rights
Cluster, Southern Methodist University

Candace Bledsoe, Professor, Liberal Studies
Graduate Department  and Director, Action
Research Center, SMU

James B. Briggs , Senior Pastor, Daybreak
Metropolitan Church

Neil G. Cazares-Thomas, Senior Pastor,
Cathedral of Hope United Church of Christ

Ed Countryman, history professor, SMU

David Cullen, Co-Editor of The Texas Left:
The Radical Roots of Lone Star Liberalism
and The Texas Right: The Radical Roots of
Lone Star Conservatism.

Rebecca David-Hensley, Member, North
Texas Conference, United Methodist Church

Rabbi Nancy Kasten, community educator
and co-chair, Faith Forward Dallas

Crista J. DeLuzio, associate history professor, SMU

Darryl Dickson-Carr, chair and professor, Department of English, SMU

W. Marvin Dulaney, associate history professor emeritus, University of Texas at Arlington

Jeffrey A. Engel, history professor and director, Center for Presidential History, SMU

Wendy Fenn, retired associate minister for congregational life, Presbyterian Church USA

Neil Foley, history professor and co-director, Center for Southwest Studies, SMU

Dennis Foster, English professor, SMU

Michael Gregg, pastor, Royal Lane Baptist Church

Rick Halperin, director of the Embrey Human Rights Program,  SMU

Kenneth M. Hamilton, associate history professor and director of ethnic studies, SMU

Hanan Hammad, associate history professor, Texas Christian University
Author of Industrial Sexuality, Urbanization, and Social Transformation in Egypt.

Carl Hasler, independent scholar

Ben Anderson David Hensley,  associate pastor of worship and discipleship, Oak Lawn

United Methodist Church

Constance Hilliard, history
professor, University of North Texas

Jeff Hood, theologian

Robert Hunt, director of Global Theological
Education and director of the Center for
Evangelism and Missional Church
Studies, Perkins School of Theology  at SMU

Mike Itashiki,  sociology professor, Richland
College

Suzanne Jones, education professor, Collin
College

Max Krochmal, associate history professor
and director, Comparative Race and Ethnic
Studies, TCU

John Richard Lundberg, history
professor, Tarrant County College

George A. Mason, senior pastor, Wilshire
Baptist Church

Henry L. Masters, Sr., retired pastor,
Hamilton Park, St. Paul and St. Luke
Community  United Methodist Church

Alexis McCrossen, history professor, SMU

Donta McGilvery, founder, Dallas
Improvement Association, First Institutional
Baptist Church

Andrew Milson, professor and associate
chair, Department of History,  UT Arlington

Heather Mustain, minister of missions, Wilshire Baptist Church

Beth Newman, associate English professor, SMU

Rabbi Andrew M. Paley, senior rabbi, Temple Shalom

Chad Pearson, history professor, Collin College

Patrick D. Price, minister,  Community Unitarian Universalist Church

Stephen Rabe, history professor, University of Texas at Dallas

Milan Reban, political science professor emeritus, UNT

Karen Romestan

Ariel Ron, assistant history professor, SMU

Bill Rose, pastor, South Dallas Community Church  and director of nentoring, Champions of Hope

Lisa Roy-Davis, English professor, Collin College

Kerry Smith, pastor, Greenland Hills United Methodist Church

Sherry Smith, history professor, SMU

William J. Stone Jr., associate communications professor, UT Arlington

Robert Tinajero, English professor and
director of the Race Relations Institute, Paul
Quinn College

Lupita Murillo Tinnen, photographer,
educator and member,  LULAC Professional
Leaders Council #22293

Keith Volanto, history professor, Collin
College

Steven Weisenburger, English professor,
SMU

Kyle Wilkison, Historian

Byrd Williams, photography professor, Collin
College

Brian C. Wilson, adjunct English
professor, Tulsa Community College,
Southeast Campus

Steve Woodworth, history professor, TCU

Ben Wright, assistant professor of historical
studies, UT Dallas

Elaine Zweig, professor and lead,
Department of Child Development and
Education, Collin College

Beth Dana, minister of congregational
life, First Unitarian Church of Dallas

Elena Jeffus, Northpark Presbyterian

Anand Upadhyaya, student support and
community service, Dallas County
Community College District

William Carlisle, Bethel African Methodist
Episcopal Church

Ben A. David Hebskey, Oak Lawn United
Methodist Church

Elena Bonifay, chief operating officer, The
Dallas Weekly

Joreaner Stimpson, Joy Tabernacle AME
Church

Sherry Stewart, Trietsch Memorial United
Methodist Church

Dr. Adrian Clarke

Tom Green,  retired First Assistant Attorney
General of Texas

Marjorie Hamilton Scott. St Luke AME
Church

Hillary Owen, Highland Park United
Methodist Church

Lilly Neubauer, Northaven United Methodist
Church

Imam Abdul Nasir Jangda, Qalam Institute
and Mansfield Islamic Center

Imam Yaser Birjas Issa, Valley Ranch Islamic
Center

Daniel Roby, executive director, Austin Street
Center

Pamela Young, community leader and
activist, Faith In Texas and Mothers Against
Police Brutality

Nadim Bashir, imam/head of religious
affairs, EPIC East Plano Islamic Center

David Gruber, Interfaith Wedding Rabbi

Victoria Henderson, public school teacher

Abdul Rahman Bashir, imam and religious
director, Islamic Association of Allen

Lisa McCarthy Stewart, director of outreach
and missions, Highland Park United
Methodist Church

Judith Kubliski, member, Community
Unitarian Universalist Church-Plano

Khalid Shahid, imam, Dallas Masjid Al Islam

Muhammed Rizwan, Bangladesh Muslim
Center

Jonathan Grace, Church at the Square, City
Square

Patrick Salvant, The Oak Cliff Media
Company

Hafsa-Wania Mohammed, student, UT
Dallas

Sandra Farlow, Community Unitarian
Universalist Church

Almas Muscatwalla, community
volunteer, Faith Forward Dallas

Harbhajan Singh Virdee, Gurdwara Nishkam
Seva

Jacqueline Marie Powers

Sandra Wilkinson, Marjorie von Wilkinson Stephens Foundation

Ashley Austin-Hill, Joy Tabernacle A.M.E Church

Michelle Landry, student, UT Dallas



Michael Phillips|Contributor

Edward Sebesta|Contributor



## Get smart opinions

Editorial and commentary from op-ed columnists, the editorial board and contributing writers from *The Dallas Morning News*, delivered three days a week.

Email Address →

By signing up you agree to our **privacy policy**

## Real. Local. Journalism.

Stand with us in our mission to discover and uncover the story of North Texas

BECOME A MEMBER >

---

**THE LATEST**

**'So glad y'all came.' Corpus Christi firefighters deliver COVID-19 vaccine to the homes of vulnerable Texans**

BY ALLIE MORRIS

**'Beyond problematic': Panhandling needs more enforcement in Dallas, some council members say**

BY EVERTON BAILEY JR.

**MOST POPULAR ON DALLASNEWS.COM**

1  **Former Cowboys LB Thomas 'Hollywood' Henderson wants to move past fear, distrust of COVID-19 vaccine**

2  **One year after his viral heartbreak, Cowboys legend Drew Pearson again awaits the Hall of Fame call**

**Dallas County adds 50 COVID-19 deaths, shattering 1-day record**

BY NATALY KEOMOUNGKHOUN AND JESUS JIMENEZ

**What you need to know about coronavirus**

BY WIRE SERVICES AND TOM STEELE

**Bring ID, come early: Patients vaccinated at Fair Park share tips for people scheduled for shots**

BY CATHERINE MARFIN AND JESUS JIMENEZ

3 **Here's what to expect after getting the COVID-19 vaccine**

4 **Shipping containers will be used for affordable Dallas housing project**

5 **Mark Cuban tells Reddit users: 'Thanks for changing the game. Thanks for taking on Wall Street'**

6 **Arlington pastor Dwight McKissic receives racist letter after leaving Southern Baptists of Texas Convention**

## The Dallas Morning News

Texas' Leading News Source
Est. October 1, 1885

**COMPANY**

About *The Dallas Morning News*

Contact us

Careers

FAQ

**ADVERTISE WITH US**

Autos

Classifieds

Jobs

Obituaries

Public Notices

**BUY**

Photo reprints

Archived articles

Back copies

Commercial reprints

Licensing

**CUSTOMER SUPPORT**

Help and feedback

Manage your account

Newspaper subscription

ePaper

ePaper (Al Día)

Email Newsletters

Daily audio briefing

Vacation hold/billing

**WEBSITE SUPPORT**

Terms of service

Privacy policy

Do Not Sell My Personal Information

Site index

Joseph Michael Phillips    3/22/2023

```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                   SHERMAN DIVISION

 3  JOSEPH MICHAEL PHILLIPS     )
                                )  CIVIL ACTION NUMBER
 4                 Plaintiff,   )
                                )
 5  v.                          )  4:22-cv-184
                                )
 6  COLLIN COMMUNITY COLLEGE    )
    DISTRICT, et al.,           )
 7                              )
                 Defendants.    )
 8
                  REPORTER'S CERTIFICATION OF
 9        ORAL DEPOSITION OF JOSEPH MICHAEL PHILLIPS
                      MARCH 22, 2023
10
```

11        I, BETH HOWARD, a Certified Shorthand Reporter

12   in and for the State of Texas, hereby certify to the

13   following:

14        That the witness, JOSEPH MICHAEL PHILLIPS, was duly

15   sworn and that the transcript of the oral deposition is

16   a true record of the testimony given by the witness;

17        That pursuant to information given to the deposition

18   officer at the time said testimony was taken, the

19   following includes all parties of record and the amount

20   of time used by each party at the time of the

21   deposition:

22        GREG GREUBEL, ESQ. (00 hours, 00 minutes)
              Attorney for Plaintiff
23        CHARLES J. CRAWFORD, ESQ. (02 hours, 52 minutes)
              Attorney for Non-Board of Trustee Defendants
24        ROBERT J. DAVIS, ESQ. (00 hours, 14 minutes)
              Attorney for Defendant Board of Trustees
25

Joseph Michael Phillips   3/22/2023

1          I further certify that I am neither counsel for,

2    related to, nor employed by any of the parties or

3    attorneys in the action in which this proceeding was

4    taken, and further that I am not financially or

5    otherwise interested in the outcome of the action.

6          Certified to by me on this 31st day of March, 2023.

7

8

9          _____
           BETH HOWARD, TEXAS CSR 529
           EXPIRATION DATE: 4/30/2025
10         Stormy Jackson Reporting
           Firm Registration #610
11         1518 Clear Creek Drive
           Allen, Texas  75002
12         214.491.0117

13

14

15

16

17

18

19

20

21

22

23

24

25

Joseph Michael Phillips   3/22/2023

```
1  REPORTING FIRM FURTHER CERTIFICATION
2       That the deposition transcript was duly submitted on
3  April 3rd, 2023, to Greg Greubel, Esq. for examination,
4  signature and return to Stormy Jackson Reporting by
5  May 6th, 2023;
6       That I am neither counsel for, related to, nor
7  employed by any of the parties or attorneys in the
8  action in which this proceeding was taken, and further
9  that I am not financially or otherwise interested in the
10 outcome of the action.
11      Certified to by me on this 3rd day of
12 April, 2023.
13
14
                   _/s/ Stormy Jackson_____
15                 STORMY JACKSON REPORTING
                   Firm Registration #610
16                 1518 Clear Creek Drive
                   Allen, Texas  75002
17                 214.491.0117
18
19 Taxable cost of deposition transcript:  $1,558.50
20 Charged to Mr. Charles Crawford, Attorney for Defendants,
21 Collin Community College District, et al.
22
23
24
25
```