*Phillips v. Collin Cnty. Cmty. Coll. Dist., et al.*

# Exhibit C: Declaration of Michael Phillips

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL PHILLIPS,<br><br>*Plaintiff,*<br><br>v.<br><br>COLLIN COUNTY COMMUNITY COLLEGE DISTRICT, et al.,<br><br>*Defendants.* | **DECLARATION OF MICHAEL PHILLIPS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Civil Action No.: 4:22-cv-184 |

Pursuant to 28 U.S.C. § 1746(2), I, Joseph Michael Phillips, declare the following:

1. I am a citizen of the United States. I am over eighteen (18) years of age and fully competent to make this declaration. I knowingly and voluntarily make this declaration in support of Plaintiff's Motion for Partial Summary Judgment. If called as a witness, I could and would testify competently under oath to the following facts based on my personal knowledge.

2. I am a plaintiff in the above-captioned action challenging Collin College's violation of my First Amendment rights.

3. I began working as a history professor at Collin College in 2007. My academic specialization is the history of American race relations, a topic on which I have written numerous articles, one book, and a forthcoming second book.

1

4. On August 22, 2017, two Collin College administrators, Provost Mary McRae and former Dean Millie Black, summoned me to a meeting and gave me a memorandum explaining that I violated Collin College's Employee Expression policy by publishing an open letter in the *Dallas Morning News* calling for the removal of Confederate monuments.

5. On August 3, 2019, a former Collin College student opened fire in a Walmart in El Paso, Texas, targeting Mexican patrons. The next day, President Matkin issued a directive, stating "Please refer all press inquiries you may receive to Marisela Cadena-Smith at … or by phone to the president's office … ."

6. Following the tragedy, a *Washington Post* reporter contacted me for an interview about my area of expertise—race relations in the Dallas area—to provide context for a story about the El Paso gunman.

7. I asked the reporter not to mention my affiliation with Collin College, and instead identify me as an author and a scholar of race relations.

8. The gunman was not my student and I had no confidential knowledge or other inside information relating to the gunman.

9. The *Washington Post* article was published on August 9, 2019, and referred to me as "a Collin College professor and historian of race relations in the Dallas-Fort Worth region."

10.     In October 2021, the East Texas Historical Association named me "Educator of the Year" for my work as a history professor at Collin College.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2023

                                                                                                                      Joseph Michael Phillips