*Phillips v. Collin Cnty. Cmty. Coll. Dist., et al.*

# Exhibit F: Deposition of Abe Johnson

```
 1              THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                      SHERMAN DIVISION

 3   JOSEPH MICHAEL PHILLIPS,     )
                                  )
 4             Plaintiff,         )
                                  ) Civil Action
 5   VS.                          ) No. 4:22-cv-184-ALM
                                  )
 6   COLLIN COUNTY COMMUNITY      )
     COLLEGE DISTRICT, et al.,    )
 7                                )
               Defendants.        )
 8

 9            ------------------------------------

10            ORAL AND VIDEOTAPED DEPOSITION OF

11                       ABE JOHNSON

12                   FEBRUARY 14, 2023

13            ------------------------------------

14

15

16        ORAL AND VIDEOTAPED DEPOSITION OF ABE JOHNSON,

17   produced as a witness at the instance of the Plaintiff,

18   and duly sworn, was taken in the above-styled and

19   numbered cause on February 14, 2023, from 9:05 a.m. to

20   12:39 p.m., before Christy Cortopassi, CSR in and for

21   the State of Texas, reported by machine shorthand, at

22   the law offices of Abernathy Roeder Boyd Hullett, 1700

23   N. Redbud Boulevard, Suite 300, McKinney, Texas 75069,

24   pursuant to the Federal Rules of Civil Procedure and the

25   provisions stated on the record or attached hereto.
```



MAGNA LEGAL SERVICES

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4         Mr. Greg H. Greubel
           Mr. Joshua T. Bleisch
 5         FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
           510 Walnut Street
 6         Suite 1250
           Philadelphia, Pennsylvania 19106
 7         215.717.3473
           greg.greubel@thefire.org
 8         josh.bleisch@thefire.org

 9
      FOR THE DEFENDANT COLLIN COUNTY COMMUNITY COLLEGE
10    DISTRICT:

11         Mr. Charles Joseph Crawford
           ABERNATHY ROEDER BOYD & HULLETT, PC
12         1700 Redbud Boulevard
           Suite 300
13         McKinney, Texas 75069
           214.544.4000
14         ccrawford@abernathy-law.com

15
      FOR THE DEFENDANT BOARD OF TRUSTEES:
16
           Mr. Joseph Bailey McShane
17         MATTHEWS SHIELS KNOTT EDEN DAVIS & BEANLAND, LLP
           8131 LBJ Freeway
18         Suite 700
           Dallas, Texas 75251
19         972.234.3400
           bmcshane@mssattorneys.com
20

21    ALSO PRESENT:
           Ms. Monica Velazquez,
22         General Counsel, Collin College

23         Terry VanDerHeyden - Videographer

24

25
```



```
 1                  P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  Good morning.  We are
 3   now on record.  This is the videotaped deposition of Abe
 4   Johnson in the matter of Joseph Michael Phillips versus
 5   Collin County Community College District, et al.
 6              Today's date is February 14th, 2023.  The
 7   time is 9:05 a.m.  The appearances have been captured by
 8   the court reporter.
 9              Will the reporter please swear in the
10   witness.
11                       ABE JOHNSON,
12   having been first duly sworn, testified as follows:
13                         EXAMINATION
14   BY MR. GRUEBEL:
15       Q.  Good morning, Mr. Johnson.
16       A.  Good morning.
17       Q.  My name is Greg Gruebel.  I represent Michael
18   Phillips in this case.  I've asked to depose you because
19   I think you have information that's relevant to the
20   claim, and I will be asking you about it this morning.
21              Can you state your name and address for the
22   record?
23       A.  Abe Johnson, 6516 Briar Ridge Lane, Plano.
24       Q.  And have you ever been deposed before?
25       A.  No.
```



Abe Johnson                                                              February 14, 2023
                                                                                    Page 9

```
 1    provost.  I was provost in 2015, 2016.
 2          Q.  And what do you do as provost -- or what did
 3    you do as provost?
 4          A.  Provosts are over campus in our system.  And
 5    then the faculty staff and other services essentially
 6    report up to the provost.
 7          Q.  And who do you report to?
 8          A.  As a provost, I reported to the executive vice
 9    president initially, then later on the senior vice
10    president of campus operations.
11          Q.  Who are those people?
12          A.  Executive vice president was Brenda Kihl.
13          Q.  Uh-huh.
14          A.  And the senior vice president of campus
15    operations was Toni Jenkins.
16          Q.  And how long were you provost?
17          A.  20- -- about four years.
18          Q.  When did you -- what's your current role?
19          A.  My current role is a senior vice president of
20    campus operations.
21          Q.  And when did you start that role?
22          A.  Late 2020.
23          Q.  How did you get that position?
24          A.  It was a promotion.
25          Q.  Did somebody retire that had -- there was an
```



1   Phillips.  My interactions with him would have begun
2   when I -- not interaction.  Knowing -- he would have
3   been in my line when I moved to Plano campus as a
4   provost.
5        Q.   And when was that?
6        A.   20- -- sometime in 2018.
7        Q.   Okay.
8             (Exhibit 3 marked.)
9        Q.   (BY MR. GREUBEL)  I'm going to hand you what's
10  been marked as Exhibit Johnson 3.  Take a moment to read
11  it and let me know when you're ready to talk about it.
12            Have you ever seen the document that's been
13  listed as Exhibit Johnson 3?
14       A.   I'm so sorry.  Can you repeat?
15       Q.   Sorry.  Have you ever seen the document that I
16  just handed you that's been marked as Johnson 3?
17       A.   It's an employee coaching form.  I would not
18  have seen this.
19       Q.   So that wouldn't have come to your attention?
20       A.   Not at that level, no.
21       Q.   Okay.  So have you ever seen it before?
22       A.   Have I seen this before?
23       Q.   Yeah.
24       A.   Not at the time it was going on.
25       Q.   When did you -- when do you recall seeing it



Abe Johnson                                                         February 14, 2023
                                                                           Page 73

```
 1                 One thing comes to my mind, in 2018 during
 2   a walk, I met -- if I recall correctly, I saw
 3   Dr. Phillips in the hallway and he told me that he has
 4   this idea of having a bookcase where we can display the
 5   best works of the faculty.
 6                 And I said that's a brilliant idea.  Let's
 7   do it.  Let's set up with the faculty.  But I recall, if
 8   I recall correctly, I did ask him to go put a proposal
 9   together and work it through the channels.
10                 So Dr. Phillips knew that it can be done.
11   But what we see here in the 2021 where I was reviewing
12   his package, it's a different Dr. Phillips, who did not
13   use the available avenues to raise his concerns, to work
14   together.
15                 In fact, as correctly stated here in my
16   opinion, disrespect of the supervisors, and that is the
17   reason why I did not recommend Dr. Phillips.
18        Q.  In this form that we're looking at that's 2374,
19   it references a Facebook post -- or posted a copy of a
20   PowerPoint slide and then a July 2019 formal coaching --
21   informal coaching in June 2020, and the verbal email
22   announcements in August 2021.
23                 So when you made your decision, were you
24   considering all of these things?
25        A.  My decision has been solely based on
```



```
 1    Dr. Phillips not making the available opportunities to
 2    work with administration and other internal channels of
 3    communication to raise concerns and work with us to come
 4    toward a solution.
 5              That refusal to me is a pattern that shows
 6    the disrespect for the institution as well as the
 7    supervisors to the point -- I care about all these
 8    people, including faculty, including Dr. Phillips -- to
 9    the point where three of my direct -- three of my
10    administrative group, the associate dean, the dean,
11    and the provost felt that it's difficult to work with
12    this faculty.
13              To me that's a strong message and I found
14    that is to be the case and I made my decision, not renew
15    Dr. Phillips because of that.
16       Q.   That bookcase idea of Dr. Phillips where he
17    went through the appropriate channels, is there a
18    bookcase now somewhere on Collin College's campus that
19    is used to show off the works of faculty members?
20       A.   I'm not aware of it.  I don't know if
21    Dr. Phillips followed through.  I'm not aware of it.
22    COVID happened.  Multiple things happened, you know.  Is
23    it a good idea still?  It's a great idea.
24       Q.   According to you?
25       A.   I can only speak for myself.
```



```
                    THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF TEXAS
                              SHERMAN DIVISION

   JOSEPH MICHAEL PHILLIPS,      )
                                 )
              Plaintiff,         )
                                 ) Civil Action
   VS.                           ) No. 4:22-cv-184-ALM
                                 )
   COLLIN COUNTY COMMUNITY       )
   COLLEGE DISTRICT, et al.,     )
                                 )
              Defendants.        )


                      REPORTER'S CERTIFICATION
                      DEPOSITION OF ABE JOHNSON
                         FEBRUARY 14, 2023
```

I, Christy Cortopassi, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, ABE JOHNSON, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on __3-10-23__ to the witness or to the attorney for the witness for examination, signature and return to me by __4-10-23__;

That the amount of time used by each party at the deposition is as follows:

```
Mr. Greg H. Greubel.............02:56
Mr. Charles Joseph Crawford.....00:00
Mr. Joseph Bailey McShane.......00:00
```



1    I further certify that pursuant to FRCP No.
2    30(f)(i) that the signature of the deponent:
3    __X__ was requested by the deponent or a party
4    before the completion of the deposition and that the
5    signature is to be returned within 30 days from date of
6    receipt of the transcript. If returned, the attached
7    Changes and Signature Page contains any changes and the
8    reasons therefor;
9    _____ was not requested by the deponent or a party
10   before the completion of the deposition.
11       I further certify that I am neither counsel for,
12   related to, nor employed by any of the parties or
13   attorneys in the action in which this proceeding was
14   taken, and further that I am not financially or
15   otherwise interested in the outcome of the action.
16       Certified to by me this ___10th___ of __March__,
17   2023.



Christy Cortopassi, Texas CSR 6222
Expiration Date: 10/31/2024

Firm Registration No. 633
Magna Legal Services
866.624.6221
www.MagnaLS.com

February 14, 2023
Page 98

```
 1       I, ABE JOHNSON, have read the foregoing
 2   deposition and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4
 5
 6
 7                          _____
                            ABE JOHNSON
 8
 9
10
11   _____ No changes made   __✓__ Amendment sheet(s) attached
12
13   JOSEPH MICHAEL PHILLIPS
14
15   Vs.
16
17   COLLIN COUNTY COMMUNITY COLLEGE DISTRICT, et al.
18
19
20   JOB NO. 916116
21
22
23
24
25
```



Abe Johnson                                                February 14, 2023

Page 97

## CHANGES AND SIGNATURE

WITNESS   ABE JOHNSON

DATE   FEBRUARY 14, 2023

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 6 | 19 | "and second" to "and the second" | Grammar |
| 6 | 19 | "is 2000" to "began in 2000" | Correction |
| 7 | 6 | "- -" to "college here in the US" | Clarification |
| 8 | 10 | "five years" to "three years" | Misspoke |
| 9 | 4 | "campus" to "campuses" | Grammar |
| 9 | 12 | "Brenda Kihl" to "Dr. Brenda Kihl" | Correction |
| 9 | 15 | "Toni Jenkins" to "Dr. Toni Jenkins" | Correction |
| 9 | 17 | "20- - -" to "2016 to 2020" | Correction |
| 9 | 22 | "Late 2020" to "March 2021" | Misspoke |
| 10 | 23 | "Mary Barnes-Tilley" to "Dr. Mary Barnes-Tilley" | Correction |
| 10 | 23 | "Mary McRae" to "Dr. Mary McRae" | Correction |
| 10 | 24 | "Brenden Mesch" to "Dr. Brenden Mesch" | Correction |
| 10 | 24 | "Sarah Lee" to "Dr. Sarah Lee" | Correction |
| 10 | 25 | "David Stephens" to "Dr. David Stephens" | Correction |
| 14 | 7 | "thing" to "policy" | Correction |
| 14 | 11 | "clear" to "clearly" | Grammar |
| 15 | 1 | "what the process" to "where in the process" | Clarification |
| 15 | 22 | "visible" to "eligible" | Correction |
| 15 | 23 | "we go through" to "the eligible set of faculty go through" | Correction |
| 16 | 8 | "from Like" to "from my" | Correction |
| 16 | 12 | "As a Provost," to "As a Provost?" | Grammar |
| 17 | 5 | "meets" to "met" | Grammar |
| 18 | 5 | "as an employee" to "as an employee," | Punctuation |
| 19 | 25 | "To my level" to "At my level," | Correction |
| 20 | 8 | "folders" to "multi-year packets" | Correction |
| 20 | 25 | "commit" to "come to" | Correction |
| 22 | 23 | "in my - -" to "on my Fb page" | Correction |
| 29 | 3 | "Social media posts," to "Social media posts?" | Punctuation |
| 30 | 15 | "history" to "History" | Grammar |
| 30 | 24 | "line of - - in - -" to "line of reporting" | Correction |
| 32 | 12 | "not in my" to "not under my" | Correction |
| 33 | 20 | "signature" to "signatures" | Grammar |
| 34 | 6 | "it says" to "it said" | Grammar |
| 35 | 24 | "periodical" to "periodically" | Grammar |
| 36 | 2 | "courtesy on their part" to "opportunity for them" | Correction |
| 36 | 8 | "faculties" to "faculty is" | Grammar |

| Page | Line | Change | Reason |
|---|---|---|---|
| 38 | 21 | "happens" to "happened" | Grammar |
| 43 | 7 | "discipline" to "concern" | Correction |
| 43 | 23 | "to form" to "over" | Correction |
| 43 | 24 | "It's not standard " "It varies across the district" | Misspoke |
| 44 | 21 | "there's a districtwide" to "It is districtwide," | Correction |
| 45 | 1 | "then - -" to "then district discipline dean," | Correction |
| 47 | 9 | "that's the end" to "that was the end" | Grammar |
| 49 | 2 | "- -"to "moved to the Plano campus-" | Correction |
| 49 | 3 | "in my line" to "in my line of reporting" | Correction |
| 51 | 19 | "to - -"to "the person who informed me –" | Correction |
| 54 | 4 | "no action" to "no action," | Grammar |
| 54 | 14 | "the decisions" to "district's decisions" | Clarification |
| 55 | 14 | "This is" to "These are" | Grammar |
| 56 | 14 | "for this disposition" to "instructions" | Correction |
| 59 | 22 | "and - - would" to "and the dean met with" | Clarification |
| 65 | 6 | "Mike" to Michael Phillips" | Misspoke |
| 69 | 23 | "service" to "college service" | Correction |
| 71 | 1 | "violated' to "evaluated" | Correction |
| 72 | 8 | "of the - - did not" to "and he did not" | Correction |
| 72 | 15 | "- -" to "my team" | Correction |
| 74 | 9 | "- -" to "reports" | Correction |
| 90 | 10 | "this file" to "in his file" | Clarification |

Abe Johnson                                                February 14, 2023
                                                                      Page 2

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4         Mr. Greg H  Greubel
           Mr. Joshua T. Bleisch
 5         FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
           510 Walnut Street
 6         Suite 1250
           Philadelphia, Pennsylvania 19106
 7         215.717 3473
           greg.greubel@thefire.org
 8         josh.bleisch@thefire org

 9
     FOR THE DEFENDANT COLLIN COUNTY COMMUNITY COLLEGE
10   DISTRICT:

11         Mr. Charles Joseph Crawford
           ABERNATHY ROEDER BOYD & HULLETT, PC
12         1700 Redbud Boulevard
           Suite 300
13         McKinney, Texas 75069
           214.544 4000
14         ccrawford@abernathy-law com

15
     FOR THE DEFENDANT BOARD OF TRUSTEES:
16
           Mr  Joseph Bailey McShane
17         MATTHEWS SHIELS KNOTT EDEN DAVIS & BEANLAND, LLP
           8131 LBJ Freeway
18         Suite 700
           Dallas, Texas 75251
19         972.234 3400
           bmcshane@mssattorneys.com
20

21   ALSO PRESENT
           Ms. Monica Velazquez,
22         General Counsel, Collin College

23         Terry VanDerHeyden - Videographer

24

25
```





# KIM TINDALL & ASSOCIATES

RE: Abe Johnson                                                                                         April 11, 2023

Dear Client:

We are forwarding these documents to you as the custodial attorney in this matter. This transcript is being handled pursuant to the Federal Rules of Civil Procedure and we have copied all parties on the Changes and Signature page(s) with the attached Certificate of Deposition submitted by the deponent to our office.

The items marked refer to the attached documents.

____✓____ The Changes and Signature page(s) was returned to our office within the specified time limit; therefore, we are forwarding the original deposition transcript(s) and the Changes and Signature page(s) with the attached Certificate of Deposition to you as the custodial attorney in this matter for safekeeping. All parties will be copied on the Changes and Signature page(s).

_____ The deponent returned the Changes and Signature page(s) within the specified time limit, however, the Changes and Signature page(s) was inadvertently returned without the original transcript. All parties have been copied.

_____ The Changes and Signature page(s) was not returned to our office within the specified time limit; therefore, we are forwarding the original deposition transcript to you as the custodial attorney in this matter.

_____ The Changes and Signature page(s) was returned to our office unexecuted. We are forwarding the original deposition transcript to you as the custodial attorney in this matter.

_____ The deponent returned the Changes and Signature page(s) enclosed after the specified time limit. All parties have been copied as a courtesy.

_____ This is to notify you that the examination and signature was not requested by the deponent and/or a party before the completion of the deposition; therefore, signature is waived pursuant to the Federal Rules of Civil Procedures. All parties have been copied via e-mail.

_____ A copy of the Changes and Signature page(s) was previously returned within the specified time limit. We are now in receipt of the Original Deposition Transcript and/or Changes and Signature page(s); therefore, we are returning it to you as the Custodial attorney in this matter for safekeeping.

_____ Amended.

Should you have any questions or concerns, please feel free to contact our office.

Sincerely,
KTA Certs Department
Certs@KTandA.COM
Nancy Renfroe – Department Manager

Kim Tindall & Associates, LLC
16414 San Pedro Avenue, Suite 900, San Antonio, Texas 78232
Phone: 866.672.7880 Fax: 210.697.3408