**EXHIBIT 1**

Collin College
043500

EMPLOYEE STANDARDS OF CONDUCT                                                    DH
                                                                              (EXHIBIT)

# Code of Professional Ethics

Since all College District employees interface with or serve students, the College District holds all of its employees to the ethical standards of professional educators as expressed in the Texas Community College Teachers Association Code of Professional Ethics (PDF)[1] set forth in large part below:

1. The Professional Educator shall treat all persons with dignity and respect; discriminating against no one on any basis protected by law.

2. The Professional Educator shall strive to help each student realize his or her full potential as a learner and as a human being.

3. The Professional Educator shall by example and action encourage and defend the unfettered pursuit of truth by both colleagues[1] and students supporting the free exchange of ideas, observing the highest standards of academic honesty and integrity, and seeking always an attitude of scholarly objectivity and tolerance of other viewpoints.

4. The Professional Educator shall work to enhance cooperation and collegiality among students, faculty, administrators, and other personnel.

5. The Professional Educator shall recognize and preserve the confidential nature of professional relationships, neither disclosing nor encouraging the disclosure of information or rumor, which might damage or embarrass or violate the privacy of any other person.

6. The Professional Educator shall maintain competence through continued professional development, shall demonstrate that competence through consistently adequate preparation and performance, and shall seek to enhance that competence by accepting and ap-propriating constructive criticism and evaluation.

7. The Professional Educator shall make the most judicious and effective use of the College District's time and resources.

8. The Professional Educator shall fulfill the employment agreement both in spirit and in fact, shall give reasonable notice upon resignation, and shall neither accept tasks for which he or she is not qualified nor assign tasks to unqualified persons.

9. The Professional Educator shall support the goals and ideals of the College District and shall act in public affairs in such a manner as to bring credit to the College District.

10. The Professional Educator shall not engage in unlawful harassment or sexual harassment of students or colleagues and shall adhere to the College District's policies on unlawful harassment and other conduct.

---

[1] The term "colleague" refers to all persons employed by or who contracts with the College District.

DATE ISSUED: 7/14/2020                                                        1 of 2
LDU 2020.03
DH(EXHIBIT)-X

Collin College
043500

EMPLOYEE STANDARDS OF CONDUCT											DH
(EXHIBIT)

11. The Professional Educator shall observe the stated policies and procedures of the College District, reserving the right to seek revision in a judicious and appropriate manner.

12. The Professional Educator shall participate in the governance of the College District by accepting a fair share of committee and institutional responsibilities.

13. The Professional Educator shall support the right of all colleagues to academic freedom and due process and defend and assist a professional colleague accused of wrongdoing, incompetence, or other serious offense so long as the colleague's innocence may reasonably be maintained.

14. The Professional Educator shall not support a colleague whose persistently unethical conduct or professional incompetence has been demonstrated through due process.

15. The Professional Educator shall accept all rights and responsibilities of citizenship, always avoiding use of the privileges of his or her public position for private or partisan advantage.

---

[1] Texas Community College Teachers Association Code of Professional Ethics (PDF): http://www.tccta.org/wp-content/uploads/2016/01/TCCTA-Ethics.pdf

DATE ISSUED: 7/14/2020
LDU 2020.03
DH(EXHIBIT)-X

2 of 2