# EXHIBIT 5

```
 1              THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF TEXAS

 3                    SHERMAN DIVISION

 4

   JOSEPH MICHAEL PHILLIPS,      )
 5                               )
              Plaintiff,         )
 6                               )
   VS                            ) CIVIL ACTION NO.
 7                               ) 4:22-cv-184-ALM
   COLLIN COUNTY COMMUNITY       )
 8 COLLEGE DISTRICT, et al.,     )
                                 )
 9           Defendants.         )

10  **************************************************
               VIDEOTAPED DEPOSITION OF
11              KRISTEN STREATER, PH.D.
                  FEBRUARY 15, 2023
12  **************************************************

13       VIDEOTAPED DEPOSITION OF KRISTEN STREATER,

14 PH.D. produced as a witness at the instance of

15 the Plaintiff, and duly sworn, was taken in the

16 above-styled and numbered cause on the 15th of

17 February, 2023, from 2:57 to 6:47, before Susan

18 S. Klinger, RMR-CRR, CSR in and for the State

19 of Texas, reported by stenographic method, at

20 Abernathy Roeder Boyd & Hullett, PC, 1700 N.

21 Redbud Boulevard, Suite 300, McKinney, Texas

22 pursuant to the Federal Rules of Civil

23 Procedure and the provisions stated on the

24 record or attached hereto.

25 Job No. 916122
```



```
 1                  P R O C E E D I N G S
 2             VIDEOGRAPHER:  Good afternoon, we
 3     are now on record.  This begins videotape
 4     number 1 in the deposition of Kristen
 5     Streater in the matter of Joseph Michael
 6     Phillips versus Collin County Community
 7     College District, et al.
 8             Today's date is February 15th, 2023
 9     and the time is 2:57.
10             Will the court reporter please swear
11     in the witness.
12             KRISTEN STREATER, PH.D.,
13  having been first duly sworn testified as
14  follows:
15                      EXAMINATION
16  BY MR. BLEISCH:
17       Q.    Good afternoon.
18       A.    Hi.
19       Q.    My name is Josh Bleisch.  I will be
20  taking your deposition today.  Before we get
21  started on the questions about this case, I
22  have a few introductory points and questions I
23  would like to ask you.
24       A.    Okay.
25       Q.    Would you please state your name and
```



```
 1   address for the record?
 2        A.    Dr. Kristen Streater.  My address is
 3   405 Creekside Drive in Richardson, Texas 75081.
 4        Q.    Thank you.  Have you ever been
 5   deposed before?
 6        A.    No.
 7        Q.    Okay.  So I will tell you a little
 8   bit about how this is going to work.  I'm going
 9   to be asking you questions and you will be
10   answering them.  When you do answer, please
11   remember to answer all of my questions
12   verbally.  Head nods, head shakes, even uh-huhs
13   or huh-huhs, don't reflect well in the written
14   record so please make sure to do that.
15        A.    Okay.
16        Q.    Also please remember to wait until
17   I'm done asking a question before you begin
18   your answer.  I will also try to extend you
19   that same courtesy waiting for you to finish
20   your answer before I begin a new question.
21        A.    Okay.
22        Q.    Do you understand that you are under
23   oath?
24        A.    I do.
25        Q.    If I ask any question that you don't
```



Kristen Streater, PH.D.                              February 15, 2023
                                                              Page 17

```
 1   a college directive from the president of the
 2   college.
 3        Q.   Was Dr. Matkin's directive policy?
 4             MR. CRAWFORD:  Objection, form.
 5        A.   No.
 6        Q.   Are employees expected to comply
 7   with directives like that?
 8        A.   Yes.
 9        Q.   And how did Dr. Phillips violate
10   that directive?
11        A.   The directive, as I remember it as
12   is quoted in the coaching form stated, please
13   refer all press inquiries you may receive to
14   Marisela Cadena-Smith at that email address or
15   by phone to the president's office.
16             And Dr. Phillips was approached and
17   talked to, was interviewed by the Washington
18   Post and that doesn't follow that directive to
19   refer a press inquiry to either PR or the
20   president's office.
21        Q.   Does that directive involve any
22   media inquiry or inquiries about the El Paso
23   shooting only?
24        A.   My understanding is that the
25   directive was about the El Paso shooting only.
```



MAGNA
LEGAL SERVICES

Kristen Streater, PH.D.  
February 15, 2023  
Page 81

```
 1     Q.    How was that any different from the
 2  interview that Dr. Phillips gave to the
 3  Washington Post where he was also -- he also
 4  asked not to be identified as a professor at
 5  Collin College?
 6           MR. CRAWFORD:  Objection, form.
 7     A.    The difference is that there had
 8  been a directive given in the Washington Post
 9  situation that any press inquiries were to go
10  to the PR department or to the president's
11  office, and that is not the situation here.
12     Q.    Well, you testified that the
13  directive was about press inquiries relating to
14  the El Paso shooting?
15     A.    That's correct.
16     Q.    Didn't Dr. Phillips give an
17  interview to discuss his expertise in race
18  relations in the Dallas area?
19     A.    For the Washington Post?
20     Q.    Yes.
21     A.    That is what he stated.
22     Q.    Not about the El Paso shooting?
23     A.    My understanding of the directive
24  was that any press inquiries at that time were
25  to be referred to PR or to the president's
```



Kristen Streater, PH.D.  February 15, 2023
Page 82

```
 1   office.
 2        Q.    Regardless of topic?
 3        A.    The topic at the time was the El
 4   Paso shooting.  So if he -- anybody had been
 5   reached out to by the press, they were to refer
 6   that inquiry to the PR or the president's
 7   office.
 8        Q.    Was that directive ever rescinded?
 9        A.    I don't know.
10        Q.    Is it still in effect?
11        A.    No, but I don't know that there has
12   been a formal rescinding of that.
13        Q.    Can we look at page 147 now.  What
14   are these images that you sent to
15   Dr. Barnes-Tilley?
16        A.    They are screenshots of
17   Dr. Phillips' -- they appear to be Facebook
18   postings.
19        Q.    Were you in the habit of taking
20   screenshots of Michael's social media posts at
21   this time?
22        A.    What do you mean by "habit"?
23        Q.    Did you do this often?
24        A.    At the time I was taking screenshots
25   of Dr. Phillips.
```



MAGNA LEGAL SERVICES

```
         THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF TEXAS
                 SHERMAN DIVISION


JOSEPH MICHAEL PHILLIPS,      )
                              )
          Plaintiff,          )
                              )
VS                            ) CIVIL ACTION NO.
                              ) 4:22-cv-184-ALM
COLLIN COUNTY COMMUNITY       )
COLLEGE DISTRICT, et al.,     )
                              )
          Defendants.         )


              REPORTER'S CERTIFICATION
        DEPOSITION OF KRISTEN STREATER, PH.D.
                 February 15, 2023
```

I, Susan S. Klinger, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, KRISTEN STREATER, PH.D., was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on _____, 2023 to the witness or to the attorney for the witness for examination, signature and return to me by



```
 1                           , 2023;
 2          That the amount of time used by each party
 3   at the deposition is as follows:
 4         Mr. Bleisch:  3:12
 5          That pursuant to information given to the
 6   deposition officer at the time said testimony
 7   was taken, the following includes counsel for
 8   all parties of record:
 9         Mr. Bleisch, Attorney for Plaintiff(s)
10         Mr. Crawford, Attorney for Defendant(s)
11         Mr. J. Bailey McShane, IV, Attorney for
12              Defendants
13          I further certify that I am neither
14   counsel for, related to, nor employed by any of
15   the parties or attorneys in the action in which
16   this proceeding was taken, and further that I
17   am not financially or otherwise interested in
18   the outcome of the action.
19          Certified to by me this 26th day of
20   February, 2023.
21                          _____
22
23                          Susan S. Klinger,
                            Texas CSR No. 6531
                            Expiration Date:  10/31/23
24
25
```

