# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL PHILLIPS, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No.: 4-22-cv-184 |
| COLLIN COMMUNITY COLLEGE DISTRICT, et al. | § § § § | |
| *Defendants.* | § | |

### DECLARATION OF H. NEIL MATKIN

1. My name is Dr. H. Neil Matkin. I am over the age of 21 and am competent to make this declaration. My address is 3452 Spur 399, McKinney, Texas 75069. My date of birth is 01/14/1960. I have personal knowledge of the facts stated herein, which are true and correct.

2. I am the District President of Collin County Community College District.

3. Attached hereto is a true, correct and authentic copy of my email that I sent on April 6, 2023 (subject: Happy Founder's Day!) to all college faculty via the college's All College Distribution List.

4. I declare under penalty of perjury that the foregoing statements are true and correct.

Signed in Collin County, Texas
on April 11, 2023.

H. Neil Matkin

DECLARATION OF H. NEIL MATKIN
4013360

PAGE 1

**From:** Neil Matkin
**Sent:** Thursday, April 6, 2023 9:28 AM
**Subject:** Happy Founder's Day!

Friends,

In reflecting on all of the good news shared during last week's Board Meeting, the great success of our basketball players and coaches in the NJCAA conferences (Go Lady Cougars!), our healthy current enrollment numbers (up 3.42% and a 3.97% increase in credit hours over last year), I cannot help but think – yet again – how fortunate we are to work together towards achieving the mission and vision of the college. You may get tired hearing it (I won't get tired of saying it, I promise), but THERE IS NO OTHER COLLEGE I WOULD RATHER BE AT THAN COLLIN COLLEGE AT THIS MOMENT IN TIME! I have talked in the past about the courage it takes to "smile at the future."  Friends, we are simply in a unique circumstance well positioned to seize the day as we move forward.

Despite the fact that we have many more *great* opportunities we will consider together as we move to prepare preliminary draft Master and Strategic Plan proposals for the 2023-2030 cycle, I am often reminded about the fragility of life in the world in which we live. Recently, I announced again the passing of some of our dear colleagues and, in the last year, I lost two of my closest and oldest friends on the earth.  One at a young 73, the other at 62.  I knew one for 26 years and the other since middle school. Both unexpected.  And, the news cycle reminds us of yet another school shooting and awful, unexpected deaths of children and the heroes who died trying to save them. Such news brings to my mind those moments of crisis that we have faced as an institution and, in particular, the aftermath of the El Paso shooting in August 2019.

At that time, the college was doing its best to keep up with the influx of media inquiries that followed news reports about the shooter being a former student at Collin. We were also responding to coordinated law enforcement investigations and working to fulfill FBI subpoenas for information. It is not easy to try to quickly forge a path in those challenging times, but, as Dr. Martin Luther King wisely observed, that is often where the ultimate measure lies. It has recently been brought to my attention that while some aspects of the El Paso shooting criminal case may still be pending, the federal prosecution has been concluded. As a result, the email directive I issued on August 4, 2019 directing press inquiries and law enforcement inquiries to the communications department and the police department, respectively, is no longer necessary. The directive is already moot and of this writing, is no longer in effect.

My main purpose though in reaching out to you is to again voice my sincere gratitude for helping make Collin College the amazing college that it is!  I believe that most, if not all of you, join me in the gratitude I feel for the opportunity to serve the greater good of our students and our communities. My hope is that this message will find you with a heart filled with gratitude and promise as we come to the end of this spring semester.

Today is my eighth anniversary as I came on Founder's Day!  I was on the Tech Campus yesterday and saw a Founder's Day sign with my face on it!  I assure you that I am not running for anything!!! Sorry about that!  Blame Dr. Jay Corwin!!!

Have a great weekend all,

Neil

H. Neil Matkin, Ed.D.
**District President**

