# EXHIBIT 7

```
 1            THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                     SHERMAN DIVISION

 3   JOSEPH MICHAEL PHILLIPS,     )
                                  )
 4              Plaintiff,        )
                                  )
 5   VS.                          ) Civil Action
                                  ) No. 4:22-cv-184-ALM
 6   COLLIN COUNTY COMMUNITY      )
     COLLEGE DISTRICT, et al.,    )
 7                                )
                Defendants.       )
 8

 9           ------------------------------------

10            ORAL AND VIDEOTAPED DEPOSITION OF

11                     CHAELLE O'QUIN

12                  FEBRUARY 14, 2023

13           ------------------------------------

14

15

16      ORAL AND VIDEOTAPED DEPOSITION OF CHAELLE O'QUIN,

17   produced as a witness at the instance of the Plaintiff,

18   and duly sworn, was taken in the above-styled and

19   numbered cause on February 14, 2023, from 1:54 p.m. to

20   5:47 p.m., before Christy Cortopassi, CSR in and for the

21   State of Texas, reported by machine shorthand, at the

22   law offices of Abernathy Roeder Boyd Hullett, 1700 N.

23   Redbud Boulevard, Suite 300, McKinney, Texas 75069,

24   pursuant to the Federal Rules of Civil Procedure and the

25   provisions stated on the record or attached hereto.
```



```
 1                P R O C E E D I N G S
 2                THE VIDEOGRAPHER:  Good afternoon.
 3   We are now on record.  This begins videotape Number 1 in
 4   the deposition of Chaelle O'Quin in the matter of Joseph
 5   Michael Phillips versus Collin County Community College
 6   District, et al.
 7                Today's date is February 14th, 2023, and
 8   the time is 1:54 p.m.
 9                Would the reporter please swear in the
10   witness.
11                CHAELLE O'QUIN,
12   having been first duly sworn, testified as follows:
13                      EXAMINATION
14   BY MR. BLEISCH:
15       Q.  Good afternoon.  My name is Josh Bleisch and
16   I'll be taking your deposition today.  Before we get
17   started in the questions about the case, I have got a
18   few introductory questions for you.
19                So first, will you please state your name
20   and address for the record?
21       A.  Chaelle O'Quin, 4008 Moorcroft Road, Frisco,
22   Texas 75036.
23       Q.  Thank you.
24       A.  Uh-huh.
25       Q.  Have you ever been deposed before?
```



MAGNA
LEGAL SERVICES

```
 1   marked as Exhibit 5.
 2        A.   Okay.
 3        Q.   So take your time reading it but I will let you
 4   know that I'm only going to ask you about page -- the
 5   last page of the full exhibit.  I have given you two
 6   policies.  I may -- but I'm only going to ask you about
 7   the very last page there.
 8        A.   Okay.
 9        Q.   So what is this document?
10        A.   The entire document or just this page?
11        Q.   The entire document.
12        A.   I think it spells out the mission and the
13   purpose of the college.
14        Q.   Okay.  And that contains the college's core
15   values?
16        A.   Yes, sir.
17        Q.   And --
18             MR. McSHANE:  Well, just one second.  I
19   think we may have a different document.  Never mind.
20             MR. BLEISCH:  It might have slid into --
21             MR. McSHANE:  Yeah.  Okay.  Sorry.
22             MR. BLEISCH:  No problem.
23        Q.   (BY MR. BLEISCH)  So Number 5, under the
24   college's core values, mentions dignity and respect.  Is
25   there any definition for these terms, dignity and
```



```
 1   respect?
 2        A.   Again, as we said earlier, when you say
 3   definitions, are you saying are they posted somewhere or
 4   are you saying that these have a -- what is your
 5   question related?
 6        Q.   Are the definitions posted somewhere?
 7        A.   Not that I'm aware of.
 8        Q.   Are these -- are dignity and respect here the
 9   same dignity and respect as you understand it in the
10   code of ethics?
11        A.   Yes, sir.  I think the Collin -- the core
12   values use common colloquial terms that -- even with
13   learning, dignity and respect are words that most
14   professionals know the definitions on.  So I wouldn't
15   expect that it would be outlined in a very rudimentary
16   way, but yes.
17        Q.   Most people would have some general
18   understanding of them?
19        A.   I would think so.
20        Q.   Do you think people's understandings differ in
21   some ways?
22        A.   I think if they had to write a definition it
23   would differ but I think in all, globally, dignity and
24   respect mean the same to most people.
25        Q.   And remind me, what does dignity mean to you?
```



Chaelle O'Quin                                        February 14, 2023
                                                               Page 33

```
 1        A.  It means having some consideration for other
 2   people and for their value and their thoughts, their
 3   choices in their decision making.
 4        Q.  And what does respect mean to you?
 5        A.  Having consideration and showing compassion and
 6   care.
 7                  (Exhibit 6 marked.)
 8        Q.  (BY MR. BLEISCH)  I'm now showing you what I
 9   have marked as Exhibit 6.  It's pretty long but take
10   your time to look through it.  I'm mostly going to be
11   asking you about the first two pages.
12        A.  Okay.
13        Q.  Did you know about an issue from 2017 regarding
14   calls for the removal of confederate monuments in
15   Dallas?
16        A.  No, sir.
17        Q.  Have you seen this document before?
18        A.  No, sir.
19        Q.  Is racism in the Dallas/Fort Worth area a
20   matter of public concern?
21        A.  Yes, sir.
22        Q.  Is the removal of confederate monuments in
23   Dallas a matter of public concern?
24        A.  Yes.
25        Q.  And you have not seen those before?
```



```
 1                THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TEXAS
 2                          SHERMAN DIVISION

 3    JOSEPH MICHAEL PHILLIPS,         )
                                       )
 4                  Plaintiff,         )
                                       ) Civil Action
 5    VS.                              ) No. 4:22-cv-184-ALM
                                       )
 6    COLLIN COUNTY COMMUNITY          )
      COLLEGE DISTRICT, et al.,        )
 7                                     )
                    Defendants.        )
 8

 9                     REPORTER'S CERTIFICATION
                    DEPOSITION OF CHAELLE O'QUIN
10                       FEBRUARY 14, 2023

11         I, Christy Cortopassi, Certified Shorthand Reporter

12    in and for the State of Texas, hereby certify to the

13    following:

14         That the witness, CHAELLE O'QUIN, was duly sworn by

15    the officer and that the transcript of the oral

16    deposition is a true record of the testimony given by

17    the witness;

18         That the deposition transcript was submitted on

19    _____ to the witness or to the attorney

20    for the witness for examination, signature and return to

21    me by _____;

22         That the amount of time used by each party at the

23    deposition is as follows:

24    Mr. Joshua T. Bleisch...........03:27
      Mr. Charles Joseph Crawford.....00:00
25    Mr. Joseph Bailey McShane.......00:00
```



```
 1        I further certify that pursuant to FRCP No.
 2   30(f)(i) that the signature of the deponent:
 3        _X__ was requested by the deponent or a party
 4   before the completion of the deposition and that the
 5   signature is to be returned within 30 days from date of
 6   receipt of the transcript.  If returned, the attached
 7   Changes and Signature Page contains any changes and the
 8   reasons therefor;
 9        _____ was not requested by the deponent or a party
10   before the completion of the deposition.
11        I further certify that I am neither counsel for,
12   related to, nor employed by any of the parties or
13   attorneys in the action in which this proceeding was
14   taken, and further that I am not financially or
15   otherwise interested in the outcome of the action.
16        Certified to by me this _____ of _____,
17   2023.
18
19
20   
        _____
         Christy Cortopassi, Texas CSR 6222
21       Expiration Date: 10/31/2024
22       Firm Registration No. 633
         Magna Legal Services
23       866.624.6221
         www.MagnaLS.com
24
25
```

**MAGNA LEGAL SERVICES**