# EXHIBIT 8

```
 1                UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                       SHERMAN DIVISION

 3   JOSEPH MICHAEL PHILLIPS    )
                                ) CIVIL ACTION NUMBER
 4             Plaintiff,       )
                                )
 5   v.                         ) 4:22-cv-184
                                )
 6   COLLIN COMMUNITY COLLEGE   )
     DISTRICT, et al.,          )
 7                              )
               Defendants.      )
 8

 9   *************************************************

10                   ORAL DEPOSITION OF

11                 JOSEPH MICHAEL PHILLIPS

12                     MARCH 22, 2023

13                     VOLUME 1 OF 1

14   *************************************************

15

16       ORAL  DEPOSITION OF JOSEPH MICHAEL PHILLIPS, produced

17   as  a  witness  duly  sworn  by  me at the instance of the

18   Plaintiff,  was  taken  in  the  above styled and numbered

19   cause  on  MARCH  22,  2023,  from  9:18  AM  to 12:42 PM,

20   before  Beth  Howard,  CSR  in and for the State of Texas,

21   reported  by  Machine  Shorthand, at Pacific Place, located

22   at  1910  Pacific  Avenue,  14th Floor, Conference Room 2,

23   Dallas,  Texas,  pursuant  to  the  Federal Rules of Civil

24   Procedure,  Notice  of  Deposition,  and  the  provisions

25   stated on the record or attached hereto.
```

1    (OATH ADMINISTERED BY THE REPORTER.)
2    JOSEPH MICHAEL PHILLIPS,
3    having been first duly sworn, testified as follows:
4    EXAMINATION
5    BY MR. CRAWFORD:
6        Q.  Good morning.
7        A.  Good morning.
8        Q.  Would you please state your name for the
9    record?
10       A.  Joseph Michael Phillips.
11       Q.  Dr. Phillips, we are here today to take your
12   deposition.
13           And I want to make sure the one agreement
14   that you and I have as we go forward is that you
15   understand my questions --
16       A.  Um-hmm.
17       Q.  -- because if you don't understand my
18   questions, you're not able to give your best answers,
19   and that's what we're looking for.
20           So if at any time you don't understand my
21   question or it's confusing or doesn't make sense to you,
22   please let me know, and we'll work through it and -- to
23   make sure that you understand what I'm asking, and then
24   I'll understand what you're answering.
25       A.  Okay.  Absolutely.

1  nonresponsive.
2      Q.  (BY MR. CRAWFORD) My question was:  When you
3  signed this contract, did you say, "I don't understand
4  what 'core values' means because it's vague.  Would you
5  please explain it to me?"
6          MR. GREUBEL:  Objection, form.
7      A.  I would say this:  I read it.  I had my -- my
8  understanding of the core values, and I have complied
9  with them.
10     Q.  (BY MR. CRAWFORD) What is your understanding of
11 the core values?
12     A.  Which one?
13     Q.  You said that you had your understanding of the
14 core values, so I was asking what your understanding
15 was.
16     A.  So, essentially, that you -- you do your duties
17 in the classroom, that you behave with dignity towards
18 the students, you are respectful to people, and that
19 includes, you know, having honest, frank dialogue.
20 That's what I interpreted that as meaning, that you're
21 open with people.  You know, that -- I can't remember
22 all of the items.  But, I mean, I remember the dignity
23 and respect thing, because it gets repeated a lot at the
24 college.
25     Q.  Paragraph 6 provides that the "contract does

```
 1      Q.  How did you -- Why did you cite The FIRE.org,
 2   then, in your post?
 3      A.  Well, as you see, I posted the story.  They had
 4   it on their website.
 5      Q.  Had you heard of FIRE.org before --
 6      A.  Yes.
 7      Q.  -- seeing this?
 8      A.  I'm sorry.  Yeah.
 9      Q.  Give me some context of that.
10      A.  Lora Burnett was represented by them, and so I
11   was friends with Lora Burnett.  She had been illegally
12   fired.  And she was represented by TheFIRE.org, and she
13   got a settlement.  So I was aware of them because of
14   that.
15          Prior to Lora Burnett being represented, I
16   had never heard of the group.
17      Q.  Okay.  And were you aware of FIRE.org through
18   Dr. Burnett before you made this post?
19      A.  Yeah.
20      Q.  Okay.  Turning to Page 339, the top post says,
21   "Perhaps some local colleges should take a similar step
22   and show some courage, integrity, and treat their
23   community with dignity and respect."
24          Is that your post?
25      A.  Yes.
```

```
 1        A.  Yes.
 2        Q.  The word "dignity" to you is vague?
 3        A.  Yeah.
 4        Q.  And the word "respect" is vague?
 5        A.  Yeah.
 6        Q.  Okay.  You don't know what those two words
 7   mean?
 8        A.  I know what they mean, but, I mean, those are
 9   broad terms.  And it's unclear what they mean, because
10   they seem to say that if I speak publicly on a matter of
11   public concern, that's violating dignity and respect,
12   and that's not within my definition.
13        Q.  So you don't have a definition of "dignity"?
14        A.  Yeah, yeah, that you -- that you behave in a
15   way that communicates that you're aware of the rights of
16   other people.  That you -- you're not vulgar.  You're
17   not -- you aren't personal in your attacks.  That you're
18   not -- you know, that you're -- you are tolerant of
19   other people, and you -- you try to be aware of them.
20            So, yeah, I have that definition, but I
21   don't -- I didn't violate that
22            MR. DAVIS:  And I'll object to that last
23   phrase -- or that last part as being nonresponsive.
24        Q.  (BY MR. DAVIS) The same with "respect."  You
25   understand what that word means, don't you, sir?
```

```
 1              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
 2                    SHERMAN DIVISION

 3   JOSEPH MICHAEL PHILLIPS    )
                                ) CIVIL ACTION NUMBER
 4              Plaintiff,      )
                                )
 5   v.                         ) 4:22-cv-184
                                )
 6   COLLIN COMMUNITY COLLEGE   )
     DISTRICT, et al.,          )
 7                              )
                Defendants.     )
 8
                  REPORTER'S CERTIFICATION OF
 9       ORAL DEPOSITION OF JOSEPH MICHAEL PHILLIPS
                      MARCH 22, 2023
10
```

11        I, BETH HOWARD, a Certified Shorthand Reporter

12   in and for the State of Texas, hereby certify to the

13   following:

14        That the witness, JOSEPH MICHAEL PHILLIPS, was duly

15   sworn and that the transcript of the oral deposition is

16   a true record of the testimony given by the witness;

17        That pursuant to information given to the deposition

18   officer at the time said testimony was taken, the

19   following includes all parties of record and the amount

20   of time used by each party at the time of the

21   deposition:

22        GREG GREUBEL, ESQ. (00 hours, 00 minutes)
              Attorney for Plaintiff
23        CHARLES J. CRAWFORD, ESQ. (02 hours, 52 minutes)
              Attorney for Non-Board of Trustee Defendants
24        ROBERT J. DAVIS, ESQ. (00 hours, 14 minutes)
              Attorney for Defendant Board of Trustees
25

1    I further certify that I am neither counsel for,
2  related to, nor employed by any of the parties or
3  attorneys in the action in which this proceeding was
4  taken, and further that I am not financially or
5  otherwise interested in the outcome of the action.
6    Certified to by me on this 31st day of March, 2023.

```
BETH HOWARD, TEXAS CSR 529
EXPIRATION DATE: 4/30/2025
Stormy Jackson Reporting
Firm Registration #610
1518 Clear Creek Drive
Allen, Texas   75002
214.491.0117
```

1  REPORTING FIRM FURTHER CERTIFICATION
2      That the deposition transcript was duly submitted on
3  April 3rd, 2023, to Greg Greubel, Esq. for examination,
4  signature and return to Stormy Jackson Reporting by
5  May 6th, 2023;
6      That I am neither counsel for, related to, nor
7  employed by any of the parties or attorneys in the
8  action in which this proceeding was taken, and further
9  that I am not financially or otherwise interested in the
10 outcome of the action.
11     Certified to by me on this 3rd day of
12 April, 2023.
13
14
15         _/s/ Stormy Jackson_____
           STORMY JACKSON REPORTING
           Firm Registration #610
16         1518 Clear Creek Drive
           Allen, Texas  75002
17         214.491.0117
18
19 Taxable cost of deposition transcript:  $1,558.50
20 Charged to Mr. Charles Crawford, Attorney for Defendants,
21 Collin Community College District, et al.
22
23
24
25