UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL PHILLIPS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No.: 4-22-cv-184 |
| § | |
| COLLIN COMMUNITY COLLEGE § | |
| DISTRICT, et al. § | |
| § | |
| *Defendants.* § | |

**DEFENDANTS' NOTICE OF DEPOSITION DESIGNATIONS FOR TRIAL**

Pursuant to Fed. R. Civ. P. 5(d)(1)(A), 31 and 32 and this Court's Amended Scheduling Order [Dkt. 52], Defendants file the following designations of the depositions by written questions that Defendants intend to introduce at trial:

1. Direct Questions to be Propounded to the Witness, Custodian of Records For: Texas Christian University, questions and answers No. 5 and 6, plus attached documents.

2. Direct Questions to be Propounded to the Witness, Custodian of Records For: University of North Texas, questions and answers No. 5 and 6, plus attached documents.

3. Direct Questions to be Propounded to the Witness, Custodian of Records For: Texas Women's University, questions and answers No. 5 and 6, plus attached documents.

4. Direct Questions to be Propounded to the Witness, Custodian of Records For: Dallas College – Human Resources, questions and answers No. 5 and 6, plus attached documents.

5. Direct Questions to be Propounded to the Witness, Custodian of Records For: Austin Community College, questions and answers No. 5 and 6.

6. Direct Questions to be Propounded to the Witness, Custodian of Records For: Texas A&M University, questions and answers No. 5 and 6.

7. Direct Questions to be Propounded to the Witness, Custodian of Records For: Tarleton State University, questions and answers No. 3, 5 and 6.

8. Direct Questions to be Propounded to the Witness, Custodian of Records For: Houston Community College, questions and answers No. 4-7, plus attached documents.

9. Direct Questions to be Propounded to the Witness, Custodian of Records For: University of Texas at Dallas, questions and answers No. 9-11, plus attached documents.

Because each of the above depositions by written questions will be used at trial, a copy of each deposition (and attached responsive documents) is attached hereto and filed with the Court pursuant to Fed. R. Civ. P. 5(d)(1)(A), 31 and 32.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/Charles J. Crawford*
**RICHARD M. ABERNATHY**
State Bar No. 00809500
**CHARLES J. CRAWFORD**
State Bar No. 05018900
1700 Redbud Blvd, Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
rabernathy@abernathy-law.com
ccrawford@abernathy-law.com

**And**

*/s/Robert J. Davis*
**ROBERT J. DAVIS**
State Bar No. 05543500
**MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND, L.L.P.**
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
Telephone: (972) 234-3400
Facsimile: (972) 234-1750
bdavis@mssattorneys.com

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, a true and correct copy of Defendants' Notice of Deposition Designations for Trial was served upon Plaintiff's counsel via the Court's ECF system.

*/s/ Charles J. Crawford*
Charles J. Crawford