IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL PHILLIPS § <br> vs. § <br> COLLIN COMMUNITY COLLEGE DISTRICT, § <br> A Political Subdivision of the State of Texas; § <br> BOARD OF TRUSTEES OF COLLIN § <br> COMMUNITY COLLEGE, a Political Subdivision § <br> Of the State of Texas; H. NEIL MATKIN, et al § | CIVIL ACTION NO. 4:22-CV-00184-ALM |

## NOTICE OF INTENTION
## TO TAKE DEPOSITION BY WRITTEN QUESTIONS

TO: ALL PARTIES BY AND THROUGH THEIR ATTORNEY(S) OF RECORD AS PROVIDED IN THE ATTACHED SERVICE LIST.

You will take notice that fourteen (14) days after the service hereof, with attached questions, a deposition by written questions will be asked of the custodian of records for:

AUSTIN COMMUNITY COLLEGE DISTRICT-(Client Record Scope)
HUMAN RESOURCES
5930 MIDDLE FISKVILLE ROAD, AUSTIN, TX 78752

BAYLOR UNIVERSITY-(Client Record Scope)
CLIFTON ROBINSON TOWER, STE 200
700 S. UNIVERSITY PARKS DRIVE, WACO, TX 76706

BLINN COLLEGE - HUMAN RESOURCES-(Client Record Scope)
902 COLLEGE AVENUE, BRENHAM, TX 77833

CENTRAL TEXAS COLLEGE-(Client Record Scope)
HUMAN RESOURCES
6200 W. CENTRAL EXPRESSWAY, KILLEEN, TX 76549

DALLAS COLLEGE - HUMAN RESOURCES-(Client Record Scope)
1601 BOTHAM JEAN BLVD, STE 131, DALLAS, TX 75215

DEVRY UNIVERSITY-(Client Record Scope)
4800 REGENT BLVD, STE 200, IRVING, TX 75063

HOUSTON COMMUNITY COLLEGE-(Client Record Scope)
TALENT ENGAGEMENT
3100 MAIN STREET, HOUSTON, TX 77002

GRAYSON COLLEGE-(Client Record Scope)
6101 GRAYSON DRIVE, DENISON, TX 75020

LONE STAR COLLEGE-(Client Record Scope)
OFFICE OF HUMAN RESOURCES
5000 RESEARCH FOREST DRIVE, THE WOODLANDS, TX 77381-4356

NAVARRO COLLEGE-(Client Record Scope)
HUMAN RESOURCES
3200 W. 7TH AVENUE, CORSICANA, TX 75110

NORTH CENTRAL TEXAS COLLEGE-(Client Record Scope)
1525 W. CALIFORNIA STREET
ADMINISTRATION BUILDING, ROOM 109, GAINESVILLE, TX 76240-4699

PARIS JUNIOR COLLEGE-(Client Record Scope)
HUMAN RESOURCES
2400 CLARKSVILLE STREET, PARIS, TX 75460

PAUL QUINN COLLEGE-(Client Record Scope)
HUMAN RESOURCES
3837 SIMPSON STUART ROAD, DALLAS, TX 75241

REMINGTON COLLEGE-(Client Record Scope)
C/O CT CORPORATION SYSTEM
1999 BRYAN STREET, STE 900, DALLAS, TX 75201

SOUTHERN METHODIST UNIVERSITY-(Client Record Scope)
HUMAN RESOURCES
6116 N. CENTRAL EXPRESSWAY, STE 200, DALLAS, TX 75206

ST. EDWARD'S UNIVERSITY-(Client Record Scope)
HUMAN RESOURCES
3001 S. CONGRESS AVENUE
PREMONT HALL, STE 101, AUSTIN, TX 78704

TEXAS WESLEYAN UNIVERSITY-(Client Record Scope)
1201 WESLEYAN STREET
O'NEAL-SELLS ADMINISTRATON BUILDING, STE 101, FORT WORTH, TX 76105

TEXAS WOMAN'S UNIVERSITY-(Client Record Scope)
HUMAN RESOURCES
1201 OAKLAND STREET, DENTON, TX 76201

UNIVERSITY OF TEXAS AT ARLINGTON-(Client Record Scope)
J.D. WETSEL BLDG
1225 W. MITCHELL STREET, ROOM 212, ARLINGTON, TX 76019

UNIVERSITY OF TEXAS AT AUSTIN-(Client Record Scope)
HUMAN RESOURCES
UT ADMINISTRATION BUILDING
1616 GUADALUPE STREET, STE 1.408, AUSTIN, TX 78701

UNIVERSITY OF TEXAS AT DALLAS-(Client Record Scope)
OFFICE OF HUMAN RESOURCES
800 W. CAMPBELL ROAD, AD 10
, RICHARDSON, TX 75080

UNIVERSITY OF TEXAS AT TYLER-(Client Record Scope)
OFFICE OF HUMAN RESOURCES
3900 UNIVERSITY BLVD, STE 108, TYLER, TX 75799

TARLETON STATE UNIVERSITY-(Client Record Scope)
1333 W. WASHINGTON, STEPHENVILLE, TX 76402

TARRANT COUNTY COLLEGE-(Client Record Scope)
HUMAN RESOURCES
300 TRINITY CAMPUS CIRCLE, FORT WORTH, TX 76102

TEXAS A&M UNIVERSITY-(Client Record Scope)
HUMAN RESOURCES
GENERAL SERVICES COMPLEX - MS 1255 TAMU
750 AGRONOMY ROAD, COLLEGE STATION, TX 77845-1255

TEXAS A&M UNIVERSITY AT COMMERCE-(Client Record Scope)
2200 CAMPBELL STREET
EMPLOYEE SERVICES BLDG, ROOM B12, COMMERCE, TX 75428

TEXAS CHRISTIAN UNIVERSITY-(Client Record Scope)
HUMAN RESOURCES
2701 W. BERRY STREET, FORT WORTH, TX 76109

TEXAS TECH UNIVERSITY-(Client Record Scope)
HUMAN RESOURCES
160 DOAK CONFERENCE CENTER
2518 15TH STREET, LUBBOCK, TX 79409

UNIVERSITY OF DALLAS-(Client Record Scope)
HUMAN RESOURCES
CARDINAL FARRELL HALL, 1ST FLOOR
1845 E. NORTHGATE DRIVE, IRVING, TX 75062

UNIVERSITY OF HOUSTON-(Client Record Scope)
HUMAN RESOURCES CENTER
4367 COUGAR VILLAGE DRIVE, BLDG 525, HOUSTON, TX 77204

UNIVERSITY OF NORTH TEXAS-(Client Record Scope)
HUMAN RESOURCES
SUPPORT SERVICE BUILDING, ROOM 120-R
1500 N. I-35, DENTON, TX 76205

WESTERN GOVERNORS UNIVERSITY - TEXAS, INC.-(Client Record Scope)
HUMAN RESOURCES
C/O COGENCY GLOBAL, INC.
1601 ELM STREET, STE 4360, DALLAS, TX 75201

Such questions to be answered on or after *02/13/2023*, before a Notary Public at the instance of:
Written Deposition Service, LLC
1755 Wittington Place, Suite 750
Dallas, TX 75234

The deposition with attached questions may be used in evidence upon the trial of the above-styled and numbered cause pending in the above named court. Notice is further given that request is hereby made as authorized under Rules 31 & 45, Federal Rules of Civil Procedure, to the officer taking this deposition to issue a Subpoena Duces Tecum and cause it to be served on the witness to produce any and all records as described on the attached questions and/or Exhibit(s) and any other such record in the possession, custody or control of the said witness, and every such record to which the witness may have access, pertaining to: **JOSEPH MICHAEL PHILLIPS** and to turn all such records over to the officer authorized to take this deposition so that photographic reproductions of the same may be made and attached to said deposition.

Respectfully Submitted,

*/s/Charles J. Crawford*

Charles J. Crawford
SBA #: 05018900
ccrawford@abernathy-law.com
Abernathy, Roeder, Boyd & Hulett, PC
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
214-544-4000;  Fax 214-544-4040

Attorney for: Defendant

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of foregoing Notice of Intention to Take Deposition upon Written Questions was served to all attorneys of record in the above-styled and numbered matter, said service being effected in the following manner:

| | |
|---|---|
| CERTIFIED MAIL/RETURN RECEIPT REQUESTED | _____ |
| HAND DELIVERY | _____ |
| TELECOPY | _____ |
| OVERNIGHT/NEXT DAY DELIVERY VIA LONE STAR OR UPS | _____ |
| E-MAIL | ✓ |
| E-FILE | _____ |

DATED: 1/23/23

BY: */s/ Nicole Whitesides*

SERVED TO ALL PARTIES LISTED BELOW:
*Joseph Michael Phillips vs. Collin County Community College District, et al*

**ATTORNEYS OF RECORD**

Greg Greubel
Foundation for Individual Rights and Expression
510 Walnut St.
Suite 1250
Philadelphia, PA 19106
215-717-3473; Fax: 215-717-3440
Attorney For: Plaintiff

JT Morris
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue, SE
Suite 340
Washington, DC 20003
215-717-3473; Fax:
Attorney For: Plaintiff

Robert J. Davis
Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, TX 75251
972-234-3400; Fax: 972-234-1750
Attorney For: Defendant

Robert Wayne Schmidt
Crews Law Firm, P.C.
701 Brazos, Suite 900
Austin, TX 78701
512-346-7077; Fax: 512-342-0007
Attorney For: Plaintiff

# United States District Court
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

JOSEPH MICHAEL PHILLIPS
vs.

COLLIN COMMUNITY COLLEGE DISTRICT,
A Political Subdivision of the State of Texas;
BOARD OF TRUSTEES OF COLLIN
COMMUNITY COLLEGE, a Political Subdivision
Of the State of Texas; H. NEIL MATKIN, et al

**SUBPOENA IN A CIVIL CASE**

Civil Action No. 4:22-CV-00184-ALM

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

TO:   Custodian of Records for:   TEXAS CHRISTIAN UNIVERSITY
                                  HUMAN RESOURCES
2701 W. BERRY STREET
                                  FORT WORTH, TX 76109

[X] *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment.

| Place: The office of the custodian<br>HUMAN RESOURCES<br>2701 W. BERRY STREET<br>FORT WORTH, TX 76109 | DATE AND TIME<br>02/13/2023, 10:00AM |
|---|---|

The Deposition will be recorded by this method: **Deposition by Written Question**

[X] *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
See attached Exhibit

The provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45 (d) relating to your protection as a person subject to a subpoena and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.
Date: _____

CLERK OF COURT

OR   /s/ Charles J. Crawford

_____          _____
Signature of Clerk or Deputy Clerk         Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *Collin Community College District, et al* who issues or requests this subpoena are:  Charles J. Crawford, Abernathy, Roeder, Boyd & Hullett, PC, 1700 Redbud Blvd., Suite 300, McKinney, TX, 75069, 214-544-4000 ccrawford@abernathy-law.com

Order No. 74864.027

# EXHIBIT

## DEFINITIONS:

For purposes of responding, the definitions below apply:

a. "Joseph Michael Phillips" refers to Dr. Joseph Michael Phillips or Dr. J. Michael Phillips (DOB 06/17/1960) with a home address located in Plano, Texas.

b. "Teaching Position(s)" refers to any and all faculty positions (tenure-track, non-tenure track, instructor, lecturer, clinical, and/or adjunct) in History. By way of example only, faculty positions teaching such coursework as United States History, Texas History, HIST 1301, or HIST 1302.

## DOCUMENTS TO BE PRODUCED

1. Produce copies of all employment applications **TEXAS CHRISTIAN UNIVERSITY** has received from Dr. Joseph Michael Phillips since January 1, 2022.

2. Produce copies of all written communications between **TEXAS CHRISTIAN UNIVERSITY** and Dr. Joseph Michael Phillips since January 1, 2022.

3. Produce copies of all interview notes and/or scoresheets regarding any employment interview Dr. Joseph Michael Phillips has had with **TEXAS CHRISTIAN UNIVERSITY** since January 1, 2022.

4. Produce copies of all offer letters regarding any employment sent to Dr. Joseph Michael Phillips from **TEXAS CHRISTIAN UNIVERSITY** since January 1, 2022.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

Civil Action No. **4:22-CV-00184-ALM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____TCU_____
was received by me on *(date)* __1-26-23__.

☐ I served the subpoena by delivering a copy to the named individual as follows:
_____LUCIANA PAZ_____
_____ on *(date)* __1-26-23__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____.

I declare under penalty of perjury that this information is true.

Date: __1-26-23__

_____Tom P. Seton_____
*Server's signature*

__Tom P. Seton   PROCESS SERVER__
*Printed name and title*

__1687 MEADOWBROOK Ln__
*Server's address*   NEWTON TX 75173

Additional information regarding attempted service, etc:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested.  The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or
    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**
**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.
**(2)** *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL PHILLIPS | § | |
| vs. | § | |
| COLLIN COMMUNITY COLLEGE DISTRICT, | § | |
| A Political Subdivision of the State of Texas; | § | CIVIL ACTION NO. 4:22-CV-00184-ALM |
| BOARD OF TRUSTEES OF COLLIN | § | |
| COMMUNITY COLLEGE, a Political Subdivision | § | |
| Of the State of Texas; H. NEIL MATKIN, et al | § | |

**DIRECT QUESTIONS TO BE PROPOUNDED TO
THE WITNESS, CUSTODIAN OF RECORDS FOR:
TEXAS CHRISTIAN UNIVERSITY**

DEFINITIONS: For purposes of responding to the following questions, the definitions below apply:

a. "Joseph Michael Phillips" refers to Dr. Joseph Michael Phillips or Dr. J. Michael Phillips (DOB 06/17/1960) with a home address located in Plano, Texas.

b. "Teaching Position(s)" refers to any and all faculty positions (tenure-track, non-tenure track, instructor, lecturer, clinical, and/or adjunct) in History. By way of example only, faculty positions teaching such coursework as United States History, Texas History, HIST 1301, or HIST 1302.

RECORDS PERTAINING TO: JOSEPH MICHAEL PHILLIPS

1. Please state your full name, occupation, and official title with the TEXAS CHRISTIAN UNIVERSITY.

    ANSWER:   (NAME) Rachelle V. Blackwell
              (OCCUPATION) Human Resources
              (OFFICIAL TITLE) Associate Vice Chancellor Human Resources

2. Are you authorized to answer these written questions on behalf of the TEXAS CHRISTIAN UNIVERSITY?

    ANSWER: Yes

Our Ref. # 74864.027

3. List all on-line Teaching Positions **TEXAS CHRISTIAN UNIVERSITY** had open and accepted applications for from January 1, 2022 until the present. As part of your response, for each Teaching Position listed please also provide (1) how the position was posted (e.g., website, social media, newspaper, etc.); (2) whether the position was full time or part time; (3) the qualifications for the position; and (4) the position's salary and other benefits.

   ANSWER: N/A

4. Of the open Teaching Positions you listed in response to Question No. 3 above, did **TEXAS CHRISTIAN UNIVERSITY** receive an application for any position from Dr. Joseph Michael Phillips? If so, (1) when, and (2) for which position(s)?

   ANSWER: N/A

5. List all face-to-face or in-person Teaching Positions **TEXAS CHRISTIAN UNIVERSITY** had open and accepted applications for from January 1, 2022 until the present. As part of your response, for each Teaching Position listed please also provide (1) how the position was posted (e.g., website, social media, newspaper, etc.); (2) whether the position was full time or part time; and (3) the position's salary and other benefits.

   ANSWER: 1) Visiting Lecturer in History; posted on Page Up recruiting; full-time; salary $65,000
   2) Assistant of Associate Professor of History; posted on Page Up recruiting; full-time; salary $70,00-$95,000

6. Of the open Teaching Positions you listed in response to Question No. 5 above, did **TEXAS CHRISTIAN UNIVERSITY** receive an application for any position from Dr. Joseph Michael Phillips? If so, (1) when, and (2) for which position(s)?

   ANSWER: No.

Our Ref. # 74864.027

7. If TEXAS CHRISTIAN UNIVERSITY received any employment application from Dr. Joseph Michael Phillips, please state whether there was any follow up between the College/University and Dr. Phillips. If there was a follow up, please provide the substance of that follow up, including (1) whether there was any interview (either remote or in-person), (2) the results of that interview, and (3) whether Dr. Phillips was offered employment by the College/University and, if not, why not.

   ANSWER: N/A

8. If TEXAS CHRISTIAN UNIVERSITY has offered employment to Dr. Joseph Michael Phillips, then please state (1) the position offered, (2) the salary and benefits of the position offered, (3) whether the position was full time or part time, (4) the date the position was offered to Dr. Phillips, and (5) whether Dr. Phillips accepted the offer and, if not, why not.

   ANSWER: N/A

9. As part of the deposition subpoena served on TEXAS CHRISTIAN UNIVERSITY, has TEXAS CHRISTIAN UNIVERSITY been served with a subpoena for the production of documents relating to Dr. Joseph Michael Phillips?

   ANSWER: Yes

10. Has TEXAS CHRISTIAN UNIVERSITY located any documents that are responsive to the subpoena for production of documents?

    ANSWER: Yes

11. If TEXAS CHRISTIAN UNIVERSITY has located documents responsive to the subpoena for production of documents, then please hand the originals or exact duplicates of these documents to the notary public taking your deposition for photocopying and attachment to this deposition. Have you now given all responsive documents to the court reporter? If not, identify the records and documents TEXAS CHRISTIAN UNIVERSITY did not produce and explain why TEXAS CHRISTIAN UNIVERSITY did not produce them.

    ANSWER: Yes

Our Ref. # 74864.027

2. Were the documents that TEXAS CHRISTIAN UNIVERSITY produced and provided to the notary public (1) made at or near the time, or from information transmitted by, someone with knowledge, (2) kept in the course of the regularly conducted activity of TEXAS CHRISTIAN UNIVERSITY, and (3) making the documents were a regular practice of that activity? If the answer to any of these questions is "no" as to any document, please explain why the answer is "no."

ANSWER: Yes

I, Custodian of Record, do swear or affirm that my answers to the above questions are the truth, the whole truth and nothing but the truth, so help me God.

*Rachelle V. Blackwell*
Custodian of Record

I, Notary Public, do hereby certify the above Custodian was duly sworn and the non-stenographic recording of this Written Deposition is a true record of the Custodian testimony.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, THIS 13 DAY OF February, 2023.

*Janine Cox*
SIGNATURE OF NOTARY PUBLIC IN AND FOR THE STATE OF TX

*Jenine Cox*
NAME OF NOTARY PUBLIC TYPED OR PRINTED
My commission expires: May 12, 2026

JANINE COX
Notary ID #125691438
My Commission Expires
May 12, 2026

Our Ref. # 74864.027

# EXHIBIT

## DEFINITIONS:

For purposes of responding, the definitions below apply:

a. "Joseph Michael Phillips" refers to Dr. Joseph Michael Phillips or Dr. J. Michael Phillips (DOB 06/17/1960) with a home address located in Plano, Texas.

b. "Teaching Position(s)" refers to any and all faculty positions (tenure-track, non-tenure track, instructor, lecturer, clinical, and/or adjunct) in History. By way of example only, faculty positions teaching such coursework as United States History, Texas History, HIST 1301, or HIST 1302.

## DOCUMENTS TO BE PRODUCED

1. Produce copies of all employment applications **TEXAS CHRISTIAN UNIVERSITY** has received from Dr. Joseph Michael Phillips since January 1, 2022.

2. Produce copies of all written communications between **TEXAS CHRISTIAN UNIVERSITY** and Dr. Joseph Michael Phillips since January 1, 2022.

3. Produce copies of all interview notes and/or scoresheets regarding any employment interview Dr. Joseph Michael Phillips has had with **TEXAS CHRISTIAN UNIVERSITY** since January 1, 2022.

4. Produce copies of all offer letters regarding any employment sent to Dr. Joseph Michael Phillips from **TEXAS CHRISTIAN UNIVERSITY** since January 1, 2022.

| | |
|---|---|
| **From:** | Michael Phillips |
| **To:** | Woodworth, Steve |
| **Subject:** | New Civil War Documentary and How You Can Help |
| **Date:** | Monday, June 13, 2022 6:06:57 PM |
| **Attachments:** | CivilWar_deck_03-24_reduced.pdf |

**[EXTERNAL EMAIL WARNING] DO NOT CLICK LINKS** or open attachments unless you recognize the sender and know the content is safe.

Dr. Steve Woodworth
Professor, Department of History
Texas Christian University
Fort Worth, Texas

Dear Colleague,

I am Dr. Michael Phillips, historian and author of *White Metropolis: Race, Ethnicity, and Religion in Dallas, 1841-2001*.

I am part of a team creating a new and long-overdue documentary series , *The Civil War and the Fight for the Soul of America*. The project is headed by the renown scholar Keri Leigh Merritt, the author of *Masterless Men: Poor Whites and Slavery in the Antebellum South*.

We would like to share some of the updates and exciting events going on with our documentary.

Our series will address racist myths about the Civil War and Reconstruction and explore how the unresolved issues of the 1860s and 1870s are linked to income inequality, mass incarceration, modern schemes of disenfranchisement, and violent policing today.

We have made much progress in the production of this series.

First, we have officially started filming. In late April we filmed our first two days of interviews. You can watch some of the clips here, here, and here. We are currently editing that into a 20-minute reel so that we can apply for some of the bigger grants, such as the Ford Foundation.

If you haven't had the opportunity to check out a three-minute sampler of our film, you can view it here. We have also attached more details about this film to this email.

We at *The Civil War and the Fight for the Soul of America* are seeking to educate people about the real history of the mid-nineteenth century and the Civil War, through the film itself, and also through public history and social media.

But we need your help!

Right now, we are raising money to continue paying our research assistants for the rest of 2022: https://gofund.me/fa492df5

With your donation you create jobs for M.A. and Ph.D.-level historians: every single dime goes to paying them. Whether pulling images and photos, helping research storylines, or

creating all that great social media content, our researchers are committed to democratizing knowledge, and making this world a better place.

If you can't donate, we'd still truly appreciate it if you'd share the GoFundMe link with friends and on social media. Feel free to RT our appeal on Twitter: https://twitter.com/TheCivilWarDoc1/status/1536133321490669569?s=20&t=Mcmobcs7AmTy4DDS4LIRAQ

Thank you for your support and have a great day.

Michael Phillips, Keri Leigh Merritt and the team at The Civil War Documentary

74864-27

Texas Christian University - 00002

| | |
|---|---|
| From: | Michael Phillips |
| To: | Hammad, Hanan |
| Subject: | New Civil War Documentary and How You Can Help |
| Date: | Monday, June 13, 2022 1:56:32 PM |
| Attachments: | CivilWar_deck_03-24_reduced.pdf |

**[EXTERNAL EMAIL WARNING]** DO NOT CLICK LINKS or open attachments unless you recognize the sender and know the content is safe.

Dr. Hanan Hammad
Associate Professor, Department of History
Director of Middle East Studies Program
Texas Christian University
Fort Worth, Texas

Dear Colleague,

I am Dr. Michael Phillips, historian and author of *White Metropolis: Race, Ethnicity, and Religion in Dallas, 1841-2001*.

I am part of a team creating a new and long-overdue documentary series , *The Civil War and the Fight for the Soul of America*. The project is headed by the renown scholar Keri Leigh Merritt, the author of *Masterless Men: Poor Whites and Slavery in the Antebellum South.*

We would like to share some of the updates and exciting events going on with our documentary.

Our series will address racist myths about the Civil War and Reconstruction and explore how the unresolved issues of the 1860s and 1870s are linked to income inequality, mass incarceration, modern schemes of disenfranchisement, and violent policing today.

We have made much progress in the production of this series.

First, we have officially started filming. In late April we filmed our first two days of interviews. You can watch some of the clips here, here, and here. We are currently editing that into a 20-minute reel so that we can apply for some of the bigger grants, such as the Ford Foundation.

If you haven't had the opportunity to check out a three-minute sampler of our film, you can view it here. We have also attached more details about this film to this email.

We at *The Civil War and the Fight for the Soul of America* are seeking to educate people about the real history of the mid-nineteenth century and the Civil War, through the film itself, and also through public history and social media.

But we need your help!

Right now, we are raising money to continue paying our research assistants for the rest of 2022: https://gofund.me/fa492df5

With your donation you create jobs for M.A. and Ph.D.-level historians: every single dime

goes to paying them. Whether pulling images and photos, helping research storylines, or creating all that great social media content, our researchers are committed to democratizing knowledge, and making this world a better place.

If you can't donate, we'd still truly appreciate it if you'd share the GoFundMe link with friends and on social media. Feel free to RT our appeal on Twitter: https://twitter.com/TheCivilWarDoc1/status/1536133321490669569?s=20&t=Mcmobcs7AmTy4DDS4LIRAQ

Thank you for your support and have a great day.

Michael Phillips, Keri Leigh Merritt and the team at The Civil War Documentary

| Recruitment process | Job status | Date Job approved Date | Title | School/College/Unit Head | Department |
|---|---|---|---|---|---|
| TCU - Faculty | Filled | 2022-01-12 | Associate Dean of Undergraduate Studies | AddRan College | AddRan College of Liberal Arts |
| TCU - Faculty | Filled | 2022-01-18 | Hoffman Chair of the American Ideal and Associate/Professor of Political Science | AddRan College | Political Science/Pre prof Adv |
| TCU - Faculty | Filled | 2022-01-18 | Instructor of Strategic Communication | Schieffer College of Communica | Strategic Communication |
| TCU - Faculty | Filled | 2022-01-23 | Instructor and Associate Director for the TCU Neeley Institute for Entrepreneurship and Innovation | M.J. Neeley School of Business | Entrepreneurship |
| TCU - Faculty | Filled | 2022-02-07 | Assistant or Associate Professor Professional Practice | Harris Nursing & Health Scn | School of Nurse Anesthesia |
| TCU - Faculty | Filled | 2022-02-07 | Assistant Professor of Professional Practice - Social Work | Harris Nursing & Health Scn | Social Work |
| TCU - Faculty | Filled | 2022-02-11 | Assistant Professor | Schieffer College of Communica | Film, TV, and Digital Media |
| TCU - Faculty | Filled | 2022-02-11 | Assistant Professor of Professional Practice - College of Education | College of Education | College of Education |
| TCU - Faculty | Filled | 2022-02-11 | Instructor in Fashion Merchandising with Product Development focus | College of Fine Arts | Fashion Merchandising |
| TCU - Faculty | Active | 2022-02-22 | Associate Professor or Full Professor and Department Chair Comparative Race and Ethnic Studies | School Interdisciplinary Study | Comparative Race & Ethnic Stud |
| TCU - Faculty | Filled | 2022-03-01 | Assistant Professor of Professional Practice in Business Analytics | M.J. Neeley School of Business | Info System & Supply Chain Mg |
| TCU - Faculty | Filled | 2022-03-24 | Instructor II Mathematics | College of Science & Engineeri | Mathematics |
| TCU - Faculty | Filled | 2022-03-29 | Visiting Lecturer - Mathematics | College of Science & Engineeri | Mathematics |
| TCU - Faculty | Filled | 2022-04-01 | Assistant / Associate Professor of Professional Practice - Environmental Science | College of Science & Engineeri | Department of Environmental Sci |
| TCU - Faculty | Filled | 2022-04-05 | Visiting Lecturer in Management | M.J. Neeley School of Business | Management & Leadership |
| TCU - Faculty | Filled | 2022-04-05 | Associate Professor of Professional Practice - Engineering | College of Science & Engineeri | Engineering |
| TCU - Faculty | Filled | 2022-04-11 | Visiting Lecturer in Accounting | M.J. Neeley School of Business | Dept of Accounting |
| TCU - Faculty | Filled | 2022-04-11 | Visiting Lecturer in Marketing | M.J. Neeley School of Business | Marketing |
| TCU - Faculty | Filled | 2022-04-19 | Visiting Lecturer in Biology | College of Science & Engineeri | Biology |
| TCU - Faculty | Filled | 2022-04-19 | Visiting Assistant Professor of Professional Practice in Finance | M.J. Neeley School of Business | Finance |
| TCU - Faculty | Filled | 2022-04-19 | Assistant/Associate Professor of Professional Practice in Nursing | Harris Nursing & Health Scn | Nursing |
| TCU - Faculty | Filled | 2022-04-19 | Visiting Lecturer in English | AddRan College | English |
| TCU - Faculty | Filled | 2022-04-20 | Visiting Lecturer in Finance or Real Estate Studies | M.J. Neeley School of Business | Finance |
| TCU - Faculty | Filled | 2022-04-25 | Visiting Lecturer in Nursing | Harris Nursing & Health Scn | Nursing |
| TCU - Faculty | Filled | 2022-04-28 | Visiting Lecturer - Statistics | M.J. Neeley School of Business | Info System & Supply Chain Mg |
| TCU - Faculty | Filled | 2022-04-29 | Assistant Professor - Marketing | M.J. Neeley School of Business | Marketing |
| TCU - Faculty | Filled | 2022-05-03 | Assistant or Associate Professor of Professional Practice in Nursing | Harris Nursing & Health Scn | Nursing |
| TCU - Faculty | Filled | 2022-05-10 | Visiting Lecturer of Music Education | College of Fine Arts | School of Music |
| TCU - Faculty | Filled | 2022-05-10 | Assistant or Associate Professor of Professional Practice - Nursing | Harris Nursing & Health Scn | Nursing |
| TCU - Faculty | Approved | 2022-05-10 | Assistant/Associate Professor of Professional Practice - Marketing | M.J. Neeley School of Business | Marketing |
| TCU - Faculty | Filled | 2022-05-13 | Visiting Lecturer in Accounting | M.J. Neeley School of Business | Dept of Accounting |
| TCU - Faculty | Filled | 2022-06-07 | Assistant or Associate Professor - Entrepreneurship and Innovation | M.J. Neeley School of Business | Entrepreneurship |
| TCU - Faculty | Filled | 2022-06-07 | Visiting Lecturer in History | AddRan College | Department of History |
| TCU - Faculty | Approved | 2022-06-07 | Assistant/Associate Professor of Professional Practice - Entrepreneurship and Innovation | M.J. Neeley School of Business | Entrepreneurship |
| TCU - Faculty | Filled | 2022-06-07 | Associate/Assistant Professor of Professional Practice - Nursing | Harris Nursing & Health Scn | Nursing |
| TCU - Faculty | Approved | 2022-06-17 | Assistant or Associate Professor- Journalism | Schieffer College of Communica | Journalism |
| TCU - Faculty | Filled | 2022-06-28 | Visiting Lecturer in Biology | College of Science & Engineeri | Biology |
| TCU - Faculty | Approved | 2022-06-28 | Management & Leadership Adjunct Pool | M.J. Neeley School of Business | Management & Leadership |
| TCU - Faculty | Offer | 2022-06-28 | Associate/Full Professor and Department Chair - Kinesiology | Harris Nursing & Health Scn | Kinesiology |
| TCU - Faculty | Interviewing | 2022-07-15 | Assistant Professor-Supply Chain Management | M.J. Neeley School of Business | Info System & Supply Chain Mg |
| TCU - Faculty | Filled | 2022-07-19 | Visiting Lecturer Engineering | College of Science & Engineeri | Engineering |
| TCU - Faculty | Offer | 2022-07-25 | Assistant/Associate Professor of Management | M.J. Neeley School of Business | Management & Leadership |
| TCU - Faculty | Active | 2022-08-05 | Assistant Professor - Mathematics | College of Science & Engineeri | Mathematics |
| TCU - Faculty | Interviewing | 2022-08-16 | Assistant Professor of Finance | M.J. Neeley School of Business | Finance |
| TCU - Faculty | Approved | 2022-08-17 | Instructor of Cell and Molecular Biology | College of Science & Engineeri | Biology |
| TCU - Faculty | Background Checking | 2022-08-17 | Assistant Professor of Biology | College of Science & Engineeri | Biology |
| TCU - Faculty | Filled | 2022-08-19 | Assistant Professor - Criminology & Criminal Justice | AddRan College | Criminal Justice |
| TCU - Faculty | Approved | 2022-08-24 | Assistant Professor-Nursing | Harris Nursing & Health Scn | Nursing |
| TCU - Faculty | Filled | 2022-08-30 | Visiting Lecturer in Interior Design | College of Fine Arts | Department of Design |
| TCU - Faculty | Filled | 2022-09-06 | Professor and Director of Occupational Therapy | Harris Nursing & Health Scn | Harris Col Nursing & Health Sci |
| TCU - Faculty | Approved | 2022-09-09 | Director Ranch Management and Associate/Professor of Professional Practice | College of Science & Engineeri | Ranch Management |
| TCU - Faculty | Interviewing | 2022-09-22 | Assistant Professor of Professional Practice in Tuba/Euphonium | College of Fine Arts | School of Music |
| TCU - Faculty | Interviewing | 2022-09-22 | College of Science and Engineering-Assistant Professor of Biology | College of Science & Engineeri | Biology |
| TCU - Faculty | Interviewing | 2022-09-22 | Assistant Professor of Saxophone and Director of Jazz Studies | College of Fine Arts | School of Music |
| TCU - Faculty | Filled | 2022-09-29 | Visiting Lecturer-Spanish | AddRan College | Dept Spanish & Hispanic Studies |
| TCU - Faculty | Interviewing | 2022-10-04 | The Harold D. and Imogene Herndon Professorship in Music (Piano) | College of Fine Arts | School of Music |
| TCU - Faculty | Interviewing | 2022-10-04 | Assistant Professor of Economics: AddRan College of Liberal Arts | AddRan College | Economics |
| TCU - Faculty | Interviewing | 2022-10-04 | Assistant Professor of Mathematics | College of Science & Engineeri | Mathematics |
| TCU - Faculty | Approved | 2022-10-05 | Assistant Professor of Music Education | College of Fine Arts | School of Music |
| TCU - Faculty | Interviewing | 2022-10-10 | Assistant/ Associate Professor in Educational Leadership | College of Education | Educational Leadership & HE |
| TCU - Faculty | Interviewing | 2022-10-12 | Assistant or Associate Professor of History | AddRan College | Department of History |
| TCU - Faculty | Filled | 2022-10-13 | Assistant Professor of Professional Practice in Energy | M.J. Neeley School of Business | Finance |
| TCU - Faculty | Approved | 2022-10-18 | Associate Professor-Nursing | Harris Nursing & Health Scn | Nursing |
| TCU - Faculty | Reference checking | 2022-10-24 | Assistant Professor of Philosophy | AddRan College | Philosophy |
| TCU - Faculty | Approved | 2022-10-27 | Instructor of Finance | M.J. Neeley School of Business | Finance |
| TCU - Faculty | Approved | 2022-10-27 | Assistant Professor of Professional Practice in Finance | M.J. Neeley School of Business | Finance |
| TCU - Faculty | Approved | 2022-10-31 | Assistant Professor of Graphic Design | College of Fine Arts | Department of Design |
| TCU - Faculty | Filled | 2022-10-31 | Assistant Professor of Professional Practice in Management | M.J. Neeley School of Business | Management & Leadership |
| TCU - Faculty | Filled | 2022-10-31 | Instructor in Management | M.J. Neeley School of Business | Management & Leadership |
| TCU - Faculty | Approved | 2022-10-31 | Assistant Professor of Professional Practice in Dance Lighting Design and Production | College of Fine Arts | School for Classic & Ctp Dance |
| TCU - Faculty | Approved | 2022-11-11 | Assistant/Associate Professor of English (Xicanx/Chicanx/Latinx Rhetorics) | AddRan College | English |
| TCU - Faculty | Approved | 2022-11-11 | Assistant/Associate Professor of English-Rhetoric and Composition | AddRan College | English |
| TCU - Faculty | Approved | 2022-11-16 | Assistant Professor of Professional Practice in Engineering | College of Science & Engineeri | Engineering |
| TCU - Faculty | Approved | 2022-11-16 | Associate or Professor of Professional Practice in Engineering | College of Science & Engineeri | Engineering |
| TCU - Faculty | Offer | 2022-11-29 | Visiting Lecturer of Voice | College of Fine Arts | School of Music |
| TCU - Faculty | Approved | 2022-11-29 | Assistant/Associate Professor of Professional Practice in Healthcare-Neeley School of Business | M.J. Neeley School of Business | Management & Leadership |
| TCU - Faculty | Approved | 2022-12-01 | Assistant Professor of English - Creative Writing (Prose) | AddRan College | English |
| TCU - Faculty | Approved | 2022-12-02 | Art Education Faculty Adjunct Pool | College of Fine Arts | Art History |
| TCU - Faculty | Approved | 2022-12-13 | Assistant Professor of Graphic Design | College of Fine Arts | Department of Design |
| TCU - Faculty | Approved | 2022-12-13 | Associate Dean and Associate/Full Professor - Honors College | John V. Roach Honors College | John V. Roach Honors College |
| TCU - Faculty | Filled | 2022-12-15 | Visiting Lecturer in English | AddRan College | English |
| TCU - Faculty | Approved | 2022-12-15 | Assistant Professor of Accounting | M.J. Neeley School of Business | Dept of Accounting |
| TCU - Faculty | Reference checking | 2022-12-15 | Instructor in Spanish | AddRan College | Dept Spanish & Hispanic Studies |
| TCU - Faculty | Approved | 2022-12-15 | Assistant Professor of Voice | College of Fine Arts | School of Music |
| TCU - Faculty | Interviewing | 2023-01-12 | Visiting Lecturer | AddRan College | Sociology & Anthropology |
| TCU - Faculty | Approved | 2023-01-18 | Instructor - Physics & Astronomy Labs | College of Science & Engineeri | Physics and Astronomy |