# United States District Court
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL PHILLIPS, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No.  4:22-cv-184 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| COLLIN COMMUNITY COLLEGE | § | |
| DISTRICT, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER IN LIMINE

Pending before the Court are the remaining issues in Defendants' Motion in Limine (Dkt. #72) that were taken under advisement at the Final Pretrial Conference held on October 23, 2023 (Dkt. #83). These issues were not resolved by the Court's Order in Limine, dated October 24, 2023 (Dkt. #84). The Court makes the following rulings on these issues:

19. Any evidence, statement or argument concerning the employment/termination of Lora Burnett, Suzanne Jones and/or Audra Heaslip, or any other employee.

**Granted _____   Denied \_\_\_X\_\_\_\_\_   Agreed _____**

The Court notes that whether a custom exists is a question of fact. *Lopez v. City of Houston*, No. CIV.A. H-02-3809, 2008 WL 437056, *9 (S.D. Tex. Feb. 14, 2008) (citing *Bennett v. City of Slidell*, 728 F.2d 762, 768 (5th Cir. 1984)). Moreover, Defendants do not explain how the probative value is substantially outweighed by a danger of unfair prejudice.

20. Any evidence, statement or argument concerning the contract nonrenewals of other college professors at any time, including professors Burnett, Heaslip, Jones, Hanson, or any others.

**Granted _____   Denied \_\_\_X\_\_\_\_\_   Agreed _____**

The Court notes that whether a custom exists is a question of fact. *Lopez v. City of Houston*, No. CIV.A. H-02-3809, 2008 WL 437056, *9 (S.D. Tex. Feb. 14, 2008) (citing *Bennett v. City of Slidell*, 728 F.2d 762, 768 (5th Cir. 1984)). Moreover, Defendants do not explain how the probative value is substantially outweighed by a danger of unfair prejudice.

22. Any evidence, statement or argument concerning settlement agreements and/or nondisclosure agreements signed by other Collin College employees. Such evidence/testimony is irrelevant and/or any probative value of admitting such evidence does not substantially outweigh its prejudicial effect. Fed. R. Evid. 401, 403.

**Granted __X__ Denied _____ Agreed _____**

While the factual basis of other potential first amendment retaliation allegations might be relevant, the Court does not see how settlement agreements or nondisclosure agreements are relevant.

23. Any evidence, statement or argument concerning the unauthenticated video of Dr. Robert Collins at an apparent campaign event, or any other videos of members of the college's Board of Trustees.

**Granted _____ Denied __X__ Agreed _____**

37. Any evidence, statement or argument concerning allegations of harassment or retaliation at Collin College unrelated to Plaintiff.

**Granted _____ Denied __X__ Agreed _____**

The Court notes that whether a custom exists is a question of fact. *Lopez v. City of Houston*, No. CIV.A. H-02-3809, 2008 WL 437056, *9 (S.D. Tex. Feb. 14, 2008) (citing *Bennett v. City of Slidell*, 728 F.2d 762, 768 (5th Cir. 1984)). Moreover, Defendants do not explain how the probative value is substantially outweighed by a danger of unfair prejudice.

38. Any evidence, statement or argument from Plaintiff or any other lay witness as to what they have been told by any doctor, nurse, or other healthcare professional about the degree, cause, nature, or extent of any injuries to Plaintiff's physical, mental, emotional, and/or psychological condition.

**Granted \_\_\_X\_\_\_\_ Denied _____ Agreed _____**

The Court is not convinced that any exception to the rule against hearsay applies here. *See Gray v. Energy XXI GOM LLC*, No. CIV.A. 12-165-JJB, 2013 WL 4011990, *6 (M.D. La. Aug. 5, 2013) ("Reference by [the plaintiff] as to what he was told by a physician, osteopath, chiropractor or any other healthcare provider with regard to physical conditions, disabilities, or recommended treatments is excluded as hearsay under Federal Rule of Civil Procedure 802.").

**IT IS SO ORDERED.**

SIGNED this 6th day of November, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE