THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

DATE   11/9/23

**DISTRICT JUDGE**
Amos L. Mazzant, III

**COURT REPORTER:**   Chris Bickham
**COURTROOM DEPUTY:**   D.Jones for K. Conrad

| | |
|---|---|
| Joseph Michael Phillips | |
| V. | 4:22cr184 |
| Colllin Community College District, et al | |

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Greg Gruebel, Joshua Bleisch, Kelley Bregenzer, and JT Morris, Katlyn Patton, Robert Schmidt | Charles Crawford, Richard Abernathy (individuals) Bob Davis (Board of Trustees) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial – Day 4 |
|---|---|
| 8:32 am | Court in session. Atty Greg Gruebel continues direct examination of witness Dr. Michael Phillips. |
| 8:39 am | Reference to Plf's Exhibits 135, 139, 136, 143, 140, 137, 138 141, 145, 144, 120 |
| 8:43 am | Cross examination of witness by Atty Charles Crawford. |
| 8:45 am | Reference to Dft's Exhibit 10 |
| 8:49 am | Reference to Dft's Exhibit 21 |
| 8:51 am | Reference to Dft's Exhibit 52 |
| 8:53 am | Reference to Dft's Exhibit 11 |
| 9:04 am | Reference to Dft's Exhibit 17 |
| 9:07 am | Reference to Dft's Exhibit 3 |
| 9:08 am | Reference to Dft's Exhibit 54 |
| 9:10 am | Reference to Dft's Exhibit 37 |
| 9:11 am | Reference to Dft's Exhibit 19 |
| 9:16 am | Reference to Dft's Exhibit 13 |
| 9:24 am | Reference to Plf's Exhibit 128 |
| 9:43 am | Reference to Dft's Exhibit 20 |
| 9:49 am | Reference to Dft's Exhibit 41 |
| 9:50 am | Reference to Dft's Exhibit 42 |
| 9:51 am | Reference to Dft's Exhibit 36 |
| 9:54 am | Reference to Dft's Exhibit 43 |
| 9:55 am | Reference to Dft's Exhibit 26 |
| 9:58 am | Reference to Dft's Exhibit 27 |
| 10:01 am | Reference to Dft's Exhibit 30 |

| | |
|---|---|
| 10:13 am | Reference to Dft's Exhibit 44, 45 |
| 10:24 am | Cross examination of witness by Atty. Bob Davis. |
| 10:31 am | Bench conference. Court advised parties of correction to Plf's trial time. |
| 10:33 am | Re-direct of witness by Atty. Greg Gruebel. |
| 10:52 am | Court polls jury for questions. |
| 10:54 am | Jury excused for lunch. Court discusses jury questions with counsel, to be presented to witness when court reconvenes. |
| 10:57 am | Court in recess until 2:30 p.m. |
| 2:31 pm | Court in session. Court asks questions of the jury to witness. |
| 2:35 pm | Witness excused. Plf's counsel, Joshua Bleisch, calls witness Betsy Friauf. Witness sworn. Direct examination of witness by Atty Joshua Bleisch. |
| 2:51 pm | Cross examination of witness by Atty. Bob Davis. |
| 3:01 pm | Cross examination of witness by Atty. Richard Abernathy. |
| 3:08 pm | Reference to Dft's Exhibit 45 |
| 3:16 pm | Court polls jury for questions. No questions. Witness fully excused. |
| 3:17 pm | Plaintiff rests. Bench conference. |
| 3:26 pm | Defendant conditionally rests subject to ruling on Rule 1006 summary. |
| 3:27 pm | Court instructs jury of remaining proceedings planned. |
| 3:28 pm | Jury excused until Monday 10am. |
| 3:29 pm | Counsel review exhibit issue. |
| 3:30 pm | Plf's counsel advises court they cannot agree regarding exhibit issue. Discussion ensues. Court will allow exhibit as demonstrative only. |
| 3:36 pm | Defendant rests based on court's ruling. Atty Charles Crawford re-urges Rule 50 motion. Denied. |
| 3:38 pm | Discussion ensues regarding various motions presented, jury charge, verdict form. |
| 3:44 pm | Court adjourned. |
| | Plaintiff Admitted Exhibits:<br>Defendant Admitted Exhibits:<br>Plaintiff time remaining:1:56<br>Defendant time remaining: 4:01 |

**DAVID O'TOOLE, CLERK**

BY: *Donna Jones*

Courtroom Deputy Clerk