IN THE UNITED STATES DISTRIT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JOSEPH MICHAEL PHILLIPS** | § § § § § § | |
| vs. | § | Case: 4:22-CV-184 |
| | § § § § § § | |
| **COLLIN COMMUNITY COLLEGE DISTRICT, ET AL** | § § | |

ORDER TO PURCHASE JURY MEALS

    In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-mentioned case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered 8 jurors until a verdict is rendered to this Court.

**SIGNED this 13th day of November, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE