# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 11/13/2023

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Susan Zielle<br>COURTROOM DEPUTY: Keary Conrad<br>LAW CLERK: Cameron Morris |
|---|---|
| Joseph Michael Phillips<br><br>V.<br><br>Collin Community College District, et al | 4:22-CV-184 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Greg Gruebel, Joshua Bleisch Kelley Bregenzer, and JT Morris, Katlyn Patton, Robert Schmidt | Charles Crawford, Richard Abernathy (individuals)<br>Bob Davis (Board of Trustees) |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Jury Trial - Day 5 |
|---|---|
| 9:57 a.m. | Court in session. Court notes appearances. |
| 9:57 a.m. | Court hears from Plaintiff's counsel, Katlyn Patton regarding objections to charge. |
| 9:58 a.m. | Court hears from Defendant's counsel, Charles Crawford regarding objections to charge. |
| 10:01 a.m. | Court hears from Defendant's counsel, Robert Davis adopts and incorporate by reference the formal objections and objections by counsel Crawford on behalf of the Board of Trustees. |
| 10:02 a.m. | Jury seated. |
| 10:03 a.m. | Defendant's counsel, Charles Crawford rests.  Defendant's counsel, robert David rests. |
| 10:03 a.m. | Plaintiff rests. |
| 10:08 a.m. | Plaintiff's counsel, Greg Gruebel begins closing argument. |
| 10:36 a.m. | Defendant's counsel, Richard Abernathy begins closing argument. |
| 11:08 a.m. | Defendant's counsel, Bob Davis begins closing argument. |
| 11:16 a.m. | Plaintiff's counsel,Greg Gruebel concludes closing argument. |
| 11:26 a.m. | Court provides charge to the jury. |
| 11:27 a.m. | Court begins reading the charge to the jury. |

| TIME: | MINUTES:   Jury Trial - Day 5 |
|---|---|
| 11:54 a.m. | Court recess for jury. |
| 12:04 p.m. | Court re-convened. Jury seated.  Court continues reading of charge. |
| 12:16 p.m. | Jury excused for lunch/deliberations. |
| 12:17 p.m. | Court in recess until note/verdict. |
| 3:50 p.m. | Court re-convened. Court has received juror note #1 indicating the foreperson.  Court has received juror note #2. |
| 3:55 p.m. | Court publishes the verdict. |
| 3:59 p.m. | Jury excused.  Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk