# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL PHILLIPS, § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No. 4:22-cv-184 |
| v. § | Judge Mazzant |
| § | |
| COLLIN COMMUNITY COLLEGE § | |
| DISTRICT, *et al.*, § | |
| § | |
| *Defendants.* § | |

## FINAL JUDGMENT ON THE VERDICT

On November 6, 2023, this action came for trial before a jury. Both sides announced ready for trial, and, following the presentation of evidence, the jury was instructed to answer certain questions. The jury returned a verdict on November 13, 2023. Despite finding that Plaintiff Joseph Michael Phillips's discussing of COVID masking in the classroom motivated Defendant H. Neil Matkin's decision to not renew Plaintiff Phillips's contract, the jury found that Defendant Matkin would have reached the same decision to not renew Plaintiff Phillips's contract in the absence of the speech on a matter of public concern. The jury found that neither Defendant Collin Community College District's ("Collin College") Code of Professional Ethics nor its Employee Expression Policy was the moving force leading to the decision to not renew Plaintiff Phillips's contract in retaliation for speaking on matters of public concern. The jury also found that Collin College did not maintain a custom of punishing faculty members for speaking on matters of public concern.

It is therefore **ORDERED** and **ADJUDGED** that Plaintiff Joseph Michael Phillips takes nothing and that Plaintiff's case against Defendants Collin Community College District, Board of

Trustees of Collin Community College, H. Neil Matkin, Abe Johnson, Mary Barnes-Tilley, Kristen Streater, and Chaelle O'Quin is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 16th day of November, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE